1  DAVID M. WALSH (CA SBN 120761)
   DWalsh@mofo.com
2  KAI S. BARTOLOMEO (CA SBN 264033)
   KBartolomeo@mofo.com
3  ADAM M. SEVELL (CA SBN 266428)
   ASevell@mofo.com
4  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
5  Los Angeles, California 90017-3543
   Telephone: 213.892.5200
6  Facsimile: 213.892.5454

7  Attorneys for Defendant
   APPLE INC.

8  [PLAINTIFF'S COUNSEL LISTED ON SIGNATURE PAGE]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DAVID YASTRAB, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No. 5:14-cv-01974-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PLAINTIFF'S DEADLINE TO FILE FIRST AMENDED COMPLAINT AND DEFENDANT APPLE INC.'S RESPONSE THERETO**<br><br>Hon. Edward J. Davila<br><br>Complaint Filed: April 29, 2014<br><br>Courtroom 4 |

1     Plaintiff David Yastrab and defendant Apple Inc. ("Apple"), through their counsel of
2 record, hereby stipulate and agree as follows, subject to the approval of the Court:
3     WHEREAS, on March 23, 2015, the Court granted Apple's motion to dismiss Plaintiff's
4 Complaint with leave to amend [Dkt. No. 35];
5     WHEREAS, the Court's Order requires Plaintiff to file an amended complaint no later
6 than April 8, 2015;
7     WHEREAS, the Parties have met and conferred and agree that it will promote efficiency
8 and orderly administration of justice if Plaintiff's deadline to file an amended complaint is
9 extended by thirty days to May 8, 2015. The extension will enable Plaintiff to determine whether
10 and how to amend his allegations in light of the Court's order;
11     WHEREAS, the Parties also agree that Apple should have thirty days, up to and including
12 June 8, 2015, to answer or otherwise respond to Plaintiff's amended complaint;
13     WHEREAS, the Parties previously stipulated on July 11, 2014 to amend the briefing
14 schedule on Apple's motion to dismiss and motion to strike. [Dkt. No. 16.] The Court approved
15 the Parties' stipulation on July 14, 2014. [Dkt. No. 17.] The parties also stipulated on September
16 12, 2014 to continue the hearing date on Apple's motion to dismiss and motion to strike, as well
17 as the Case Management Conference. [Dkt. No. 26.] The Court approved that stipulation on
18 September 15, 2014. [Dkt. No. 27.];
19     WHEREAS, this request is not being made to delay or for any other improper purpose;
20     THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's
21 approval, that: (1) Plaintiff's deadline to file an amended complaint shall be extended from April
22 8, 2015, to May 8, 2015; and (2) Apple shall answer or otherwise respond to Plaintiff's amended
23 complaint no later than June 8, 2015.
24     //
25     //

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FAC AND RESPONSE THERETO
Case No. 5:14-cv-01974
la-1281875

1

| | | |
|---|---|---|
| 1 | Dated: March 30, 2015 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Mark Reich<br>MARK REICH |
| 5 | | Attorneys for Plaintiff<br>DAVID YASTRAB |
| 6 | | |
| 7 | | |
| 8 | Dated: March 30, 2015 | MORRISON & FOERSTER LLP |
| 9 | | |
| 10 | | By: /s/ David M. Walsh<br>DAVID M. WALSH |
| 11 | | Attorneys for Defendant<br>APPLE INC. |
| 12 | | |

**LOCAL RULE 5-1(i)(3) ATTESTATION**

I, David M. Walsh, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Mark Reich has concurred in this filing.

/s/ David M. Walsh
David M. Walsh

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FAC AND RESPONSE THERETO
Case No. 5:14-cv-01974
la-1281875

2

## [PROPOSED] ORDER

The Court, having reviewed the parties' Stipulation, and good cause appearing, hereby APPROVES the Stipulation and ORDERS as follows:

1. Plaintiff's deadline to file an amended complaint is continued from April 8, 2015, to May 8, 2015; and

2. Apple shall answer or otherwise respond to Plaintiff's amended complaint no later than June 8, 2015.

**IT IS SO ORDERED.**

Dated: _____

UNITED STATES DISTRICT JUDGE