ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534  (fax)
shawnw@rgrdlaw.com
      – and –
SAMUEL H. RUDMAN
MARK S. REICH
AVITAL O. MALINA
LAUREN E. KARALIS
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173  (fax)
srudman@rgrdlaw.com
mreich@rgrdlaw.com
amalina@rgrdlaw.com
lkaralis@rgrdlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID YASTRAB, JOHN KELLER, DANIEL ARELLANO, PENELOPE SHAW, EVELYN CORTEZ, STANLEY WILLIAMS and MICHAEL ROBINS, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiffs,<br><br>    vs.<br><br>APPLE INC.,<br><br>                         Defendant. | Case No. 5:14-cv-01974-EJD<br><br>CLASS ACTION<br><br>1. Violations of the Consumers Legal Remedies Act, California Civil Code §1750 *et seq.*;<br>2. Violations of the Unfair Competition Law, California Business and Professions Code §17200 *et seq.*;<br>3. Breach of Express Warranty;<br>4. Intentional Misrepresentation; and<br>5. Negligent Misrepresentation<br><br>DEMAND FOR JURY TRIAL |

Plaintiffs David Yastrab, John Keller, Daniel Arellano, Penelope Shaw, Evelyn Cortez, Stanley Williams and Michael Robins ("Plaintiffs"), individually and on behalf of all others similarly situated, brings this Class Action Complaint against defendant Apple Inc. ("Apple" or "Defendant"), and alleges as follows:

## NATURE OF THE ACTION

1.     This is a consumer class action brought by Plaintiffs on behalf of themselves and all others similarly situated who acquired, in the United States and its territories and its protectorates, Apple's iPhone 4, iPhone 4s and iPhone 5 (collectively, the "iPhones") whose iPhones were essentially rendered obsolete due to reduced functionality following iOS[1] operating system updates.

2.     Apple debuted the iPhone in 2007.[2]  Since the first generation iPhone, Apple has released a new iPhone model every year: the iPhone 3G in 2008, the 3GS in 2009, the 4 in 2010, the 4s in 2011, the 5 in 2012, the iPhone 5c and 5s in 2013[3] and the iPhone 6 and 6 Plus in 2014.[4]  All of Apple's iPhones have been marketed and sold as "smartphones,"[5] capable of utilizing a Wi-Fi connection.  As smartphones, the ability to connect to the internet via a Network or Wi-Fi connection is necessary for users to have access to all of the applications, known as "apps," and features of the iPhone.

3.     Every iPhone is equipped with a mobile operating system called iOS, which, according to Apple, is the "foundation of iPhone, iPad, and iPod touch."[6]  iOS consists of a collection of apps, that allow users to utilize all of the features of Apple products.

---

[1]     iOS is "the software that controls all the basics of your gadget, including the look, feel, settings and hardware."   http://www.cnn.com/2013/09/18/tech/mobile/ios-7-upgrade-faq/ (last visited April 13, 2015)

[2]     http://money.cnn.com/gallery/technology/2013/09/26/apple-iphone-timeline.fortune/2.html (last visited April 13, 2015)

[3]     http://money.cnn.com/gallery/technology/2013/09/26/apple-iphone-timeline.fortune/index.html (last visited April 13, 2015)

[4]     http://www.apple.com/live/2014-sept-event/ (last visited April 13, 2015)

[5]     A "smartphone" is "a cellular phone that performs many of the functions of a computer, typically having a touchscreen interface, Internet access, and an operating system capable of running downloaded applications." http://www.oxforddictionaries.com/us/definition/american_english/smartphone (last visited April 9, 2015)

[6]     https://www.apple.com/ios/what-is/ (last visited April 13, 2015)

1    4.    Since the iPhone was first released there have been many versions of iOS, the most

2  recent being iOS 8, which Apple called "[t]he biggest iOS release ever."[7]  Apple has continuously

3  released updates to iOS since the very first iPhone.  The first iOS update, iOS 1.1.1, was released a

4  mere three months after the original iPhone was released.[8]  iOS 1.1.1 added the iTunes Wi-Fi Music

5  Store.  iOS's function was to give users the ability to download music directly to their iPhones.[9]

6  Since iOS 1.1.1, Apple has released numerous iOS updates, all of which purport to add new features

7  to iPhones.  More importantly, the iOS updates often include bug fixes or patches, as well as security

8  updates.  Indeed, according to Apple, since January 2013, *eighteen* security updates were part of

9  updates to previous iOS versions.[10]

10    5.    Upon the release of a new version of iOS, users are prompted to download the newest

11  iOS onto their device via a message from Apple.[11]  A true and correct representation of the alert

12  received by users to download iOS 7 appears below:

13

14

15

16

17

18

19

20

21

22

23

24  ────────────────────

25  [7]    https://www.apple.com/ios/ (last visited April 13, 2015)

[8]    http://www.theverge.com/2011/12/13/2612736/ios-history-iphone-ipad (last visited April 13, 2015)

26  [9]    Id.

27  [10]    https://support.apple.com/en-us/HT201222 (last visited April 15, 2015)

28  [11]    https://www.apple.com/ios/what-is/ (last visited April 13, 2015)

6.      Users have experienced vastly reduced functionality of their iPhones, including, most notably, Wi-Fi and Bluetooth connectivity issues, after downloading iOS updates onto their iPhones. For example, as alleged herein, the Wi-Fi and Bluetooth connectivity issues experienced by users (the "Grayed Out Issue") appears to be most prevalent for iPhone 4s users after they download iOS 7.[12] The stripping of the Wi-Fi capabilities of the iPhones essentially rendered the devices obsolete, because users were no longer able to utilize the benefits that a Wi-Fi enabled iPhone has access to. These features are described more fully below in ¶62, and include not having to expend as much data and battery power, faster connection speeds, the ability to connect to the internet in areas where a Network connection is unavailable, and others.[13]

7.      Apple encourages users to download iOS updates by specifically stating, for example, that the update "contains bug fixes and security updates[,]" as was the case with iOS 7.1.2, depicted below:[14]



[12]      http://www.copytrans.net/blog/how-to-fix-iphone-wifi-connectivity-issues/ (last visited April 13, 2015) (stating: "This is by far the most common iPhone WiFi connectivity problem.  The issue is especially widespread on iPhone 4S devices but users having the iPhone 4 and iPhone 5 have also been known to experience the issue.")

[13]      http://smallbusiness.chron.com/advantages-using-wifi-smartphone-71651.html (last visited April 29, 2015)

[14]      http://www.techattack.my/16412/apple-releases-ios-7-1-2-minor-bug-fixes-security-updates/ (last visited April 29, 2015)

8.      Without upgrading, iPhone users have no choice but to continue to deal with problematic iPhones due to errors in the previous iOS.  iOS upgrades often add vital security updates and bug fixes necessary for the iPhones to properly function.  As alleged in more detail below, users essentially were forced to make a "choice" between leaving their personal data susceptible to hackers and identity thieves, or upgrade their iOS software which remedies serious security breaches in their then-current software.  In essence, no reasonable consumer, including Plaintiffs, would leave their iPhone vulnerable to security breaches by not upgrading to new iOS versions.

9.      Effectively, Apple forced the obsolescence of Plaintiffs' and Class members' iPhones.

10.     Apple refused to offer Plaintiffs, and members of the Class who experienced the Grayed Out Issue, an acceptable remedy, other than to purchase a new or refurbished iPhone – often the same iPhone 4s model they owned and used without issues prior to the upgrade.

11.     The iPhone 4s was the fifth generation in a line of touchscreen based smartphones designed, developed and marketed by Apple.  The iPhone 4s pre-sold over one million units and sold over four million units just three days after it first launched on October 14, 2011.[15]

12.     When the iPhone 4s first launched, it came standard with iOS 5.0.  According to Apple, iOS 6, 7 and 8 were and are all compatible with the iPhone 4s, however after upgrading to iOS 7, Plaintiffs and members of the Class experienced the Grayed Out Issue.  iOS 7 was a platform for over a million mobile apps, iCloud,[16] and includes security features that prevent unauthorized

---

[15]      https://www.apple.com/pr/library/2011/10/17iPhone-4S-First-Weekend-Sales-Top-Four-Million.html (last visited April 13, 2015)

[16]      https://www.apple.com/ios/what-is/ (last visited April 18, 2014) (stating: "iCloud stores your music, photos, apps, mail, contacts, calendars, documents, and more and wirelessly pushes them to all your devices.  So if you buy a song, take a photo, or edit a calendar event on your iPad, iCloud makes sure it appears on your Mac, iPhone, and iPod touch, too.")

AMENDED COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT          - 4 -

1    access to Apple devices.[17]  The iPhone 4s was sold in black or white, 8, 16, 32 or 64 GB models and

2    is available for use on AT&T, Verizon, T-Mobile and Sprint networks.[18]

3         13.    The iPhone 4s and its predecessor, the iPhone 4, shared the same stainless steel body-

4    type, but were distinguished by the addition of Siri and iCloud in the iPhone 4s.  Siri is speech-

5    recognition software that comes standard on every iPhone 4s and later.  It allows users to verbally

6    give their iPhones commands and tasks to complete.  Because Siri is purportedly capable of both

7    speech input and output, it can purportedly "speak" back to its user.  For example, if you ask Siri to

8    add an item to your personal calendar, it is programed to make the addition to your calendar and

9    verbally confirms that the task is completed.[19]

10        14.    A true and correct depiction of Apple's representation of how Siri replies to iPhone

11   users' voice commands appear below:[20]



[17]    Security features in iOS protect devices by, for example, encrypting iMessages and other communications and setting up a passcode, which automatically encrypts and protects users e-mail from third-party apps on the same device.  https://www.apple.com/ios/what-is/ (last visited April 18, 2014)

[18]    http://store.apple.com/us/iphone/family/iphone/compare (last visited April 18, 2014)

[19]    Apple has been sued for engaging in misleading and deceptive advertising related to the iPhone 4s's Siri feature.  See http://www.cbsnews.com/news/apple-sued-by-iphone-4s-users-over-siri/ (last visited May 7, 2015).

[20]    http://www.apple.com/ios/siri/ (last visited April 18, 2014)

15.     Like most apps, Siri requires either a Wi-Fi or Network connection.  When using a Wi-Fi connection for features like Siri, users do not risk incurring overage charges as a result of exceeding the allotted data in a data plan purchased by a user's cellular network, like Verizon, Sprint or AT&T (herein after "Network" or "Network connection").

16.     In addition to Siri, the iPhone 4s originally came equipped with iOS 5.  According to Apple, iOS 5 was the first version of iOS to introduce iCloud, described by Apple as "a breakthrough set of free new cloud services that work seamlessly with applications on your iPhone®, iPad®, iPod touch®, Mac® or PC to automatically and wirelessly store your content in iCloud and automatically and wirelessly push it to all your devices."[21]

17.     Apple prominently featured iCloud in many iPhone advertising campaigns.  iCloud is purportedly able to save or backup data to the cloud, such as photos, videos, purchased music, movies, apps, books, TV shows, device settings, ringtones and other features.  iCloud allows users to access data stored on the cloud on any Apple device, regardless of the device the information was originally stored on.

18.     iCloud is a feature on all iOS versions[22] beginning with iOS 5 ,and including iOS 7 and 8.  As stated by Apple, regardless of whether an iPhone is equipped with iOS 5 or later, iCloud can only wirelessly backup data when the iPhone is locked, connected to a power source and Wi-Fi is turned on and connected.[23]  iCloud is unable to backup data on a Network connection alone, and can only do so via a Wi-Fi connection.

19.     Below is a true and accurate representation of the iPhone's Storage & Backup screen, which states that iCloud backups occur when the device is "plugged in, locked, and connected to Wi-Fi":

---

[21]     http://www.apple.com/pr/library/2011/06/06Apple-Introduces-iCloud.html (last visited April 18, 2014)

[22]     http://support.apple.com/kb/HT4759 (last visited April 13, 2015)

[23]     http://support.apple.com/kb/PH12519?viewlocale=en_US (last visited April 18, 2014)



20.     Apple unveiled iOS 7 on June 10, 2013.  The update was described by Apple as "the most significant iOS update since the original iPhone[.]"[24]  iOS 7, which could only be downloaded wirelessly via a Wi-Fi connection, changed the entire look of iPhone's interface and added hundreds of new features, some of which include: "Control Center, Notification Center, improved Multitasking, AirDrop®, enhanced Photos, Safari®, Siri® and . . . iTunes Radio™, a free Internet radio service based on the music you listen to on iTunes®."[25]

21.     Purportedly, iOS 7 added new apps and dramatically increased the efficiency and performance of apps.[26]  As of January 2014, there were over one million apps available for download to iPhone, iPad and iPod touch.[27]  While some apps may be downloaded using data from a data plan purchased by a user's cellular Network, large apps cannot be downloaded wirelessly over a Network connection, and must be downloaded over a properly operating Wi-Fi network.  For example, system updates, like iOS 7, cannot be downloaded wirelessly over a Network connection, only a Wi-Fi connection.[28]

22.     Although previous iPhones had Bluetooth, the iPhone 4s was the first equipped with Bluetooth 4.0.  According to Apple, Bluetooth allows users to "[e]xchange or synchronize data between Bluetooth enabled computers and devices", "[u]se a Bluetooth enabled wireless keyboard or

---

[24]     http://www.apple.com/pr/library/2013/06/10Apple-Unveils-iOS-7.html (last visited April 13, 2015)

[25]     Id.

[26]     https://www.apple.com/pr/library/2014/01/07App-Store-Sales-Top-10-Billion-in-2013.html (last visited April 13, 2015)

[27]     Id.

[28]     http://www.cnet.com/how-to/how-to-install-ios-7/ (last visited April 13, 2015)

1  mouse", "[c]onnect wirelessly to a Bluetooth compatible printer, headset, headphones, or speakers",

2  and "[s]hare your internet connection with other Bluetooth enabled devices."[29] Mike Foley,

3  executive director of the Bluetooth Special Interest Group, commented on the new Bluetooth

4  technology available on the iPhone 4s: "It enables an entirely new class of product into the Bluetooth

5  world."[30]

6      23.    Defendant's advertising and marketing campaigns for the iPhones were, and are,

7  designed to induce consumers to acquire or purchase the iPhones over other smartphone devices

8  because of their Bluetooth and Wi-Fi connection capabilities, large library of apps, iCloud and Siri –

9  all of which require a Network connection or Wi-Fi connection to operate.  For instance, while users

10  may access some features of iCloud without a Wi-Fi connection, in order to backup and save new

11  data to iCloud, the iPhone must be connected to a Wi-Fi connection, locked and plugged into a

12  power source.[31]

13      24.    In its promotions for iPhones, Defendant highlighted the iPhones' ability to download

14  new generations of iOS, (*e.g.* iOS 7).  With each update, users receive the same software as the most

15  recent iPhone model, which almost always includes new and advanced features.  According to

16  Apple, "because iOS 7 is engineered to take full advantage of the advanced technologies built into

17  Apple hardware, your devices are always years ahead – from day one to day whenever."[32]

18      25.    Apple routinely advertised its iOS updates for at least the past five years, and

19  continues to today.  This practice has led Apple customers, including Plaintiffs in this case, to expect

20  that iOS updates will be continuously offered, will add new features, cure bug defects, and/or

21  remedy security issues on their iPhones.  Apple has reinforced this belief by, for example, stressing

22  to users that the iPhones will "get[] better with every iOS update."  *See* Exhibit A.  For example, in

23  promoting the then-new iOS 4 for the iPhone 3G and 3GS, Apple stated on its website that: "[t]he

24

25  [29]       http://support.apple.com/kb/HT3039 (last visited April 13, 2015)

26  [30]       http://reviews.cnet.com/8301-19512_7-20116316-233/bluetooth-4.0-what-is-it-and-does-it-matter/ (last visited April 13, 2015)

27  [31]       http://support.apple.com/kb/PH12519?viewlocale=en_US (last visited April 13, 2015)

28  [32]       https://www.apple.com/ios/what-is/ (last visited April 18, 2014)

1    free iOS 4 Software Update brings over 100 amazing new features to your iPhone."  Exhibit B.  *See*

2    *also* Exhibit C (touting new features for iOS 4.2); Exhibit D (regarding iOS 4.3, "[t]he world's most

3    advanced mobile operating system keeps getting better.  Download the free iOS 4.3 Software Update

4    and get new features that let you do even more with your iPhone, iPad and iPod touch.  The software

5    update is free.  It's easy.  And you can download it right now.").  As alleged in more detail below,

6    Plaintiff Yastrab, and others, viewed these and other representations prior to purchasing their

7    iPhones.  *See* ¶¶71, 74, 75, 76, 77, 78 and 79.

8        26.    Apple has continued this promotional practice with its latest iOS upgrade, iOS 8.

9    Apple claims iOS 8 is compatible with iPhone 4s, iPhone 5, iPhone 5c, iPhone 5s, iPhone 6 and

10   iPhone 6 Plus.[33]  Indeed, on Apple's website, Apple advertises the iPhone's easy update feature and

11   states that Apple will alert its customers as soon as an iOS update becomes available so that

12   customers "won't miss out on all the amazing features in new updates."  Exhibit E.  Just as with

13   previous iOS updates, iOS 8 adds a multitude of new features to compatible devices, such as iCloud

14   Drive, Family Sharing, new health and fitness applications and many others.[34]  As Apple boasts on

15   its website, after downloading iOS 8 "[y]ou'll notice major new capabilities in the features you use

16   every day.  And completely new features the let you do things you didn't realize you wanted to

17   do."[35]

18       27.    The ability to update the iPhones' iOS platform is a major draw for consumers

19   because every iOS update is supposed to add new features and improve older software.  For

20   example, when users downloaded iOS 7, not only did their devices inherit new apps and features,

21   iPhone's interface was redesigned to a "simpler, more useful, and more enjoyable" interface.[36]  In

22   addition, iOS 7 added iTunes radio and an updated photos app which allows users to add filters to

23

24

25   _____

26   [33]    https://www.apple.com/ios/whats-new/ (last visited March 27, 2015)

     [34]    https://www.apple.com/ios/whats-new/ (last visited March 27, 2015)

27   [35]    https://www.apple.com/ios/whats-new/design/ (last visited March 27, 2015)

28   [36]    https://www.apple.com/ios/design/ (last visited April 18, 2014)

AMENDED COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT        - 9 -

1   photos and auto-enhance, rotate, correct red-eye, crop a panorama photo and share photos.  iOS 7

2   also added a Control Center feature and security updates.[37]

3       28.    Importantly, Apple routinely represented to customers, including Plaintiffs, that the

4   iOS software on older iPhone models may be updated to improve the devices performance.  For

5   example, on August 7, 2014, Apple encouraged iPhone 4 users to upgrade to iOS 7 stating that the

6   software was compatible with the iPhone 4 and that in addition to "[b]ug fixes and other

7   improvements . . . iPhone 4 users will enjoy improved responsiveness and performance" after the

8   download.  Exhibit F; *see also* Exhibit G (same representation made on July 1, 2014); Exhibit H

9   ("iOS 6 gives you more features to make the things you do every day even better.  It's free and easy

10  to upgrade . . .").

11      29.    On its website, Apple has historically had a section devoted to comparing the newest

12  iPhone with later generations still being sold, which compares each device's features, such as the

13  Wi-Fi and Bluetooth capabilities of the iPhones.  For example, on June 18, 2010, Apple provided a

14  side-by-side comparison of the iPhone 4 and later model, iPhone 3GS, and advertised that both

15  phones had Wi-Fi capabilities, as well as battery life while using the internet for "up to 1- hours on

16  Wi-Fi[.]"  Exhibit I.  Again on September 24th, 2012, Apple provided a side-by-side comparison of

17  the iPhones at issue in this case – the iPhone 5, 4s and 4.  On that date, Apple stated, among other

18  things, that each device was equipped with both Wi-Fi and Bluetooth.  Exhibit J.  Upon information

19  and belief, Apple has never sold an iPhone without Wi-Fi capability.

20      30.    Further representations regarding the Wi-Fi capabilities of the iPhones on Apple's

21  website include an advertisement on June 11, 2010 promoting the iPhone 4's FaceTime feature and

22  plainly stated that the feature could be used from "iPhone 4 to iPhone 4 over Wi-Fi."  Exhibit K.

23  Additionally, Apple boasted improved Wi-Fi capabilities on certain models, such as the iPhone 5,

24  and stated that the iPhone 5 had "[u]ltrafast wireless that doesn't sacrifice battery life" and "Dual-

25  band 802.11n wireless connectivity accelerates [the] Wi-Fi experience, too – up to 150 Mbps."

26

27  _____

[37]     http://arstechnica.com/apple/2013/09/new-lease-on-life-or-death-sentence-ios-7-on-the-

28  iphone-4/ (last visited April 18, 2014)

AMENDED COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT        - 10 -

1    Exhibit L; *see also* Exhibit M (stating that on the iPhone 5, "Wi-Fi is faster, too.  So you can browse,

2    download, stream content at remarkable speeds, wherever you happen to be").

3          31.   Notwithstanding Apple's national advertising campaign showcasing the iPhones' Wi-

4    Fi capabilities, including the ability to wirelessly download the latest features and apps from new

5    versions of iOS, backup and store data using iCloud, and the iPhones Wi-Fi and Bluetooth

6    connection capabilities, the iPhones failed to perform as advertised for Plaintiffs and members of the

7    Class when iOS 7, and later, were downloaded.

8          32.   Because of the Grayed Out Issue, Plaintiffs and Class members who downloaded iOS

9    7, and later, onto their iPhones discovered that after the download, their Wi-Fi and Bluetooth were

10   rendered unusable, and their iPhones had significantly diminished functionality.  Indeed, after the

11   update, they could not wirelessly download any iOS patches or versions because such downloads

12   require a Wi-Fi connection and cannot be downloaded over a Network connection.  This meant that

13   Plaintiffs and members of the Class could not wirelessly download iOS 7.0.6, which provided, for

14   example, a patch for a major security flaw in iOS 7, as detailed in ¶¶65-66 below.

15         33.   The Grayed Out Issue is referred to on Apple message boards as "grayed out"

16   because the option to turn Wi-Fi on in the iPhone's setting turns gray and cannot be turned on.  A

17   true and correct depiction of the Grayed Out Issue is displayed below (to the left), as well as how the

18   screen looks when the option to turn Wi-Fi on is available (to the right):

19

20

21   

22

23

24

25

26

27

28

34.     Defendant's misrepresentations concerning: (i) the iPhones' ability to download and run the latest iOS effectively; (ii) Bluetooth and Wi-Fi connection capabilities; and (iii) the ability to upgrade to new iOS software and run new applications and features, are misleading, false, and reasonably likely to deceive, and have deceived, Plaintiffs and members of the putative Class.

35.     Defendant designed, manufactured, marketed, and warranted the iPhones to consumers nationwide.  In conjunction with the sale of the iPhones, Defendant marketed, advertised and warranted, among other things, that each iPhone was: (i) a smartphone; (ii) able to run applications via a Wi-Fi connection; (iii) able to run applications through a functioning Bluetooth connection; (iv) capable of downloading and running future versions of iOS, such as iOS 7 (without adverse effects to the device's Wi-Fi and Bluetooth connection capabilities); (v) able to backup data using iCloud and was otherwise fit for the ordinary purpose for which such goods are used; and (vi) free from defects in materials and workmanship.

36.     Plaintiffs and members of the Class have been damaged, in that they purchased and/or own an iPhone 4, iPhone 4s or iPhone 5, downloaded iOS 7 or later, at Defendant's instruction, experienced the Grayed Out Issue, and were the forced to incur costs to replace the defective iPhone or to incur significant cellular data usage because they were unable to utilize Wi-Fi in their homes or public places.  Plaintiffs would not otherwise have purchased their iPhones had they known they would be unable to, at any point, use Wi-Fi or Bluetooth after upgrading.

37.     Defendant knew or should have known that the iPhones were defective in design and/or manufacture, were not fit for their ordinary and intended use, and did not perform in accordance with the advertisements, marketing materials, and warranties disseminated by Defendant in its nationwide marketing and advertising campaign.  Apple consistently represented that the iPhones were smartphones that included Wi-Fi and Bluetooth features.  Apple then encouraged users to upgrade the iOS software on compatible iPhones and that, doing so, would enhance the iPhone.  At no point did Defendant mention any adverse effects the upgrades would have on the iPhones functionality.  In addition, Defendant knew or should have known that consumers had no real choice but to upgrade to new iOS versions, including iOS 7, and that the iPhones did not conform with the reasonable expectations of ordinary consumers because they were, and are, vulnerable to the Grayed

1   Out Issue and/or other deterioration of functionality.  Indeed, Defendant has received hundreds of

2   complaints, including complaints regarding the Grayed Out Issue.

3         38.     Plaintiffs bring this action on behalf of themselves and all other similarly situated

4   consumers who purchased and/or own the iPhone 4, iPhone 4s or iPhone 5 and experienced Wi-Fi

5   and Bluetooth connectivity issues after downloading iOS 7 and later, in order to halt the

6   dissemination of Apple's false and misleading advertising message, and to obtain redress for those

7   who have acquired an iPhone 4, iPhone 4s or iPhone 5.  Plaintiffs allege violations of the Consumers

8   Legal Remedies Act, California Civil Code §1750, *et seq.* (the "California Act"); violations of the

9   Unfair Competition Law, California Business and Professions Code §17200, *et seq.* (the "UCL");

10  breach of express warranty; intentional misrepresentation; and negligent misrepresentation.

11                             **JURISDICTION AND VENUE**

12        39.     This Court has jurisdiction pursuant to 28 U.S.C. §1332(a)(1) as modified by the

13  Class Action Fairness Act of 2005, because at least one member of the Class is a citizen of a

14  different state than Defendant, there are more than 100 members of the Class, and the aggregate

15  amount in controversy exceeds $5,000,000.00, exclusive of interest and costs.

16        40.     Pursuant to 28 U.S.C. §1391(b), venue is proper in this District because a substantial

17  part of the events or omissions giving rise to the claims occurred in this District.

18                             **INTRADISTRICT ASSIGNMENT**

19        41.     A substantial part of the events or omissions which give rise to the claims in this

20  action occurred in the county of Santa Clara, and as such this action is properly assigned to the San

21  Jose branch of this Court.

22                                    **PARTIES**

23        42.     Plaintiff David Yastrab ("Mr. Yastrab") is a citizen and resident of the State of New

24  York.  Mr. Yastrab acquired a 16 gigabyte ("GB") version of the iPhone 4s, Serial Number 990-

25  00101148043, on or about April 30, 2012.  Mr. Yastrab experienced the Grayed Out Issue after

26  upgrading his iPhone 4s' software to iOS 7.

27        43.     Plaintiff John Keller ("Mr. Keller") is a citizen and resident of the State of North

28  Carolina.  Mr. Keller acquired a 16 GB version of the iPhone 4s, Serial Number C38HCFUVDTF9,

AMENDED COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT          - 13

1   on or about August 25, 2012. Mr. Keller also experienced the Grayed Out Issue after upgrading his

2   iPhone 4s' software to iOS 7.

3         44.    Plaintiff Daniel Arellano ("Mr. Arellano") is a citizen and resident of New York. Mr.

4   Arellano acquired a 16 GB version of the iPhone 4s, Serial Number C39HF5FGDTF9, in 2009. Mr.

5   Arellano also experienced the Grayed Out Issue after upgrading his iPhone 4s' software to iOS 7.

6         45.    Plaintiff Penelope Shaw ("Ms. Shaw") is a citizen and resident of New York. Ms.

7   Shaw acquired a 16 GB version of the iPhone 4s, Serial Number DYLLP5TWDTD1, in Raleigh,

8   North Carolina on December 28, 2012. Ms. Shaw experienced the Grayed Out Issue after upgrading

9   her iPhone 4s' software to iOS 7.

10        46.    Plaintiff Evelyn Cortez ("Ms. Cortez") is a citizen and resident of California. Ms.

11   Cortez acquired a 16 GB version of the iPhone 4s, Serial Number C39GTKCEDTD3, in mid-2012.

12   Ms. Cortez also experienced the Grayed Out Issue after upgrading the software on her iPhone 4s to

13   iOS 7.

14        47.    Plaintiff Stanley Williams ("Mr. Williams) is a citizen of North Carolina. Mr.

15   Williams acquired a 16 GB version of the iPhone 4s, Serial Number 013060007225203, on May 7,

16   2012. Mr. Williams also experienced the Grayed Out Issue after upgrading his iPhone 4s' software

17   to iOS 7.

18        48.    Plaintiff Michael Robins ("Mr. Robins") is a citizen and resident of the State of

19   Nevada. Mr. Robins purchased two 16 GB versions of the iPhone 4s, Serial Numbers

20   C39HFCXLDT9V and DYLLJ0UJDT9Y, on or around April 15, 2012. Mr. Robins experienced the

21   Grayed Out Issue on both iPhone 4s' after upgrading their iOS software to iOS 7.

22        49.    As set forth in greater detail below, the Plaintiffs purchased their iPhones after

23   viewing certain advertising and other representations by Apple regarding the iPhone features,

24   including that the iPhones were smartphones, that the iPhones would have Wi-Fi and Bluetooth

25   connectivity, and/or that the iPhones had iOS software that could, and should, be upgraded. No

26   Plaintiff would have purchased the iPhone 4s had he or she known that the Wi-Fi and Bluetooth

27   features of the iPhone may be disabled by upgrading the iOS software.

28

50.     Defendant Apple is a California corporation with its headquarters and principal place of business in Cupertino, California, within this District.  Apple is the designer and manufacturer of the iPhone 4s and iOS software.  Apple transacts substantial business throughout the State of California, through advertising, marketing, and ownership of Apple retail stores in several California locations, including in this District, where many members of the Class purchased the iPhone 4s.

## SUBSTANTIVE ALLEGATIONS

**Background**

51.     Apple manufactures, designs, produces, and sells several types of electronic products, including, among others, personal computers, portable music players, cellular phones, and other communication devices.  Apple currently has approximately 265 retail stores across 44 states, as well as an online store that sells all of Apple's products.[38]

52.     Then-CEO Steve Jobs introduced the iPhone 4 on June 7, 2010, calling it "the biggest leap since the original iPhone."[39]  Just three days after its launch on June 24, 2010, Apple announced it sold over 1.7 million units.[40]

53.     Defendant's iPhone 4s launched on October 14, 2011.  Within its first three days of sale, over four million iPhone 4s' were sold.  Philip Schiller, Apple's Senior Vice President of Worldwide Product Marketing, commented that the "iPhone 4s is off to a great start with more than four million sold in its first weekend – the most ever for a phone and more than double the iPhone 4 launch during its first three days."[41]

54.     The iPhone 5, launched on September 24, 2012, and was even more successful than the iPhone 4s, selling over five million units within the first three days.  Tim Cook, Apple's CEO, commented on the iPhone 5's success, stating: "Demand for iPhone 5 has been incredible and we are

---

[38]     https://www.apple.com/about/job-creation/ (last visited April 14, 2015)

[39]     http://www.apple.com/pr/library/2010/06/07Apple-Presents-iPhone-4.html (last visited April 13, 2015)

[40]     https://www.apple.com/pr/library/2010/06/28iPhone-4-Sales-Top-1-7-Million.html    (last visited April 13, 2015)

[41]     http://www.apple.com/pr/library/2011/10/17iPhone-4S-First-Weekend-Sales-Top-Four-Million.html (last visited April 13, 2015)

1  working hard to get an iPhone 5 into the hands of every customer who wants one as quickly as

2  possible . . . While we have sold out of our initial supply, stores continue to receive iPhone 5

3  shipments regularly and customers can continue to order online and receive an estimated delivery

4  date.  We appreciate everyone's patience and are working hard to build enough iPhone 5s for

5  everyone."[42]

6       55.     The iPhone 4 came standard with iOS 4, the iPhone 4s came standard with iOS 5 and

7  the iPhone 5 came standard with iOS 6.  Owners of these phones were prompted to download the

8  iOS 7 update when it was made available for download September 17, 2013.[43]  Defendant's message

9  alerts, notifying iPhone users that an iOS update is available, were effective.  As of March 21, 2014,

10 85% of active Apple devices had downloaded, and were running, on iOS 7.[44]  After Plaintiffs and

11 Class members downloaded iOS 7 onto their iPhones, they were unable to connect to Wi-Fi or

12 Bluetooth.  Because of the Grayed Out Issue, Plaintiffs and Class members could no longer access

13 often free Wi-Fi and thus used data unnecessarily and/or incurred data charges for all data used on

14 their iPhone 4s.  In addition, Plaintiffs and Class members could no longer backup their device using

15 iCloud, wirelessly download iOS patches or the newest versions of iOS.

16      56.     According to Apple's website, the iOS 7 update was compatible with the iPhone 4

17 and later, iPad 2, iPad with Retina display, iPad Air, iPad mini and iPad mini with Retina display

18 and iPad touch 5th generation.[45]  Craig Federighi, Apple's Senior Vice President of Software

19 Engineering, commented on the update, stating: "iOS 7 is completely redesigned with an entirely

20 new user interface and over 200 new features, so it's like getting a brand new device, but one that

21 will still be instantly familiar to our users."[46]  The look of icons, apps and home screens were all

22 dramatically changed to what Apple dubbed a much "simpler, more useful interface" that "brings

23

---

[42]    Id.

24

[43]    http://www.apple.com/pr/library/2013/09/10iOS-7-With-Completely-Redesigned-User-

25 Interface-Great-New-Features-Available-September-18.html (last visited April 13, 2015)

26 [44]    https://developer.apple.com/support/appstore/ (last visited April 18, 2014)

[45]    https://www.apple.com/ios/features/ (last visited April 18, 2014)

27

[46]    http://www.apple.com/pr/library/2013/09/10iOS-7-With-Completely-Redesigned-User-

28 Interface-Great-New-Features-Available-September-18.html (last visited April 13, 2015)

clarity to the entire experience."[47]  Wanting to have the latest and greatest Apple software and features at no additional cost, millions of iPhone users download updates, like iOS 7.  The adoption rate (the percentage of Apple users that have downloaded an update) for iOS 7 reached 74% in the first three months of availability, and quickly rose to 80% after four months.[48]

57.    The iPhone 4, 4s and 5 included a version of Apple's web browsing application, Safari, as well as access to the App Store, iTunes Library, iBooks Store, contacts, and notepad.  All iPhone content is downloadable via Wi-Fi or Network connection, but some content may only be downloaded via a Wi-Fi connection.  Applications that are larger in size, for example, can only be downloaded wirelessly over a working Wi-Fi connection, and not over a Network connection.

58.    Certain video streaming services, including Amazon's instant video service,[49] which allows users to watch tens of thousands of movies and TV episodes on Apple devices, can only be used with a Wi-Fi connection.  These and other features like them are not available over a Network connection.[50]

59.    The iPhones can connect to the internet using either a Network connection or properly operating Wi-Fi connection.  When users purchase an iPhone, they must select a data plan from their cellular provider and use the providers Network connection in order to use internet-enabled features when Wi-Fi is unavailable.  Data plans range in the amount of data a device may access without the user incurring overage charges.  Overage charges occur when a user exceeds the data allowance on his or her plan.  When a user is connected to a Wi-Fi connection, any data used does not count toward the amount allotted by a user's monthly data plan.

60.    Utilizing Wi-Fi can amount to serious cost savings for users who use a lot of data, or cannot afford more expensive data plans.  The ability to use a Wi-Fi connection is appealing to

---

[47]    https://www.apple.com/hk/en/ios/design/ (last visited April 13, 2015)

[48]    http://www.maclife.com/article/news/apple_ios_7_adoption_rate_now_80 (last visited April 18, 2014)

[49]    http://www.amazon.com/gp/feature.html?&docId=1000798971 (last visited April 13, 2015)

[50]    http://www.tuaw.com/2012/12/13/amazon-instant-video-app-updated-to-support-to-iphone-and-ipod-t/ (last visited on April 18, 2014); http://forums.macrumors.com/showthread.php?t=1507359 (last visited April 13, 2015)

1    customers because downloading data-rich content using a Network connection can be very

2    expensive, especially when users exceed the monthly data limits of their plan and have to pay costly

3    overage fees.

4         61.     For example, Verizon Wireless charges $30 for 2GB of monthly data, and $10 for

5    each GB over the allotted 2GB per month.[51]   The two other data plans include 5GB for $50 per

6    month and 10GB for $80 per month.[52]  If a user goes over this or her plan's allotted data, regardless

7    of whether they originally had a 2GB, 5GB or 10GB plan, they are charged $10 for each GB over the

8    plan.[53]   Notably, data plan charges are paid in addition to the cost for cellular minutes and

9    purchasing the actual device.

10        62.     In addition the significant cost-saving advantages of utilizing a Wi-Fi connection

11   rather than a Network connection, other benefits of  using a Wi-Fi connection to access the internet

12   include, but are not limited to: (i) Wi-Fi connections can be significantly faster than Network

13   connections, which allow iPhone users to download or upload information quicker than on a

14   Network connection alone; (ii) using a Wi-Fi connection helps to preserve the battery life of the

15   iPhone when compared to using a Network connection; (iii) Wi-Fi is often available where a

16   Network connection is not, such as on a plane; (iv) an iPhone is able to connected to the internet via

17   a Wi-Fi connection even if the user does not have contract with a cellular telephone service provider,

18   such as AT&T or Verizon.   For these reasons and more, having a Wi-Fi enabled device is an

19   essential part of the iPhone which, if eliminated, significantly – if not completely – diminishes the

20   devices value and utility.

21        63.     After downloading the iOS 7 update, Plaintiffs lost the ability to connect to Wi-Fi or

22   Bluetooth and were no longer able to run Siri, or other applications via a Wi-Fi connection, and

23   could only download and run these applications using a Network connection, thus using data from

24   their cellular plan.

25

26   [51]     http://www.verizonwireless.com/b2c/includes/plans/dataInfoOverlay.jsp (last visited April 13, 2015)

27   [52]     Id.

28   [53]     Id.

AMENDED COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT        - 18 -

64.     Perhaps most ironically, updates like iOS 7, because of their large size, can only be downloaded wirelessly via a Wi-Fi connection.  Therefore, Plaintiffs and members of the Class are unable to wirelessly download any future iOS updates.  The ability to download iOS updates is important because it allows users to add the latest iOS features on their older devices, but is also important when iOS versions are flawed in a way that is only remedied through a downloadable patch or later version of iOS.

65.     For example, soon after iOS 7 was released, it was revealed that the update had a major security flaw requiring users to download a software patch, iOS 7.0.6, to fix.  iOS 7.0.6 was the sixth update to iOS 7.  This security flaw in iOS 7 effected how the software validates SSL certificates, which are critical in establishing secure sessions.  To establish secure sessions, websites or devices "verfi[y] that the information is coming from a trusted source.  By validating the certificate, the bank website knows that the request is coming from the user, and is not a spoofed request by an attacker.  The browser also relies on the certificate to verify the response came from the bank's servers and not from an attacker sitting in the middle and intercepting sensitive communications."[54]

66.     In describing the iOS 7.0.6 patch, Apple stated on its website that the reason for the patch was that "[a]n attacker with a privileged network position may capture or modify data in sessions protected by SSL/TLS."[55]  Devices without the patch are vulnerable to attack by hackers who "could intercept, and even modify, the messages as they pass from a user's iOS 7 device to secured sites, such as Gmail or Facebook, or even for online banking sessions."[56]  Users cannot download iOS updates over 3G/4G or LTE connections.

67.     In an article titled "Apple's Serious Security Issue: Update Your iPhone or iPad Immediately," the *New York Times* stressed the importance of downloading the security issue patch. The article explained: "In a nutshell, Apple has a security hole in both its mobile and desktop

---

[54]     http://www.pcmag.com/article2/0,2817,2453936,00.asp (last visited April 13, 2015)

[55]     http://support.apple.com/kb/HT6147 (last visited April 13, 2015)

[56]     http://securitywatch.pcmag.com/apple/320936-apple-fixes-fundamental-ssl-bug-in-ios-7 (last visited April 13, 2015)

1   operating systems that could let a malicious hacker jump in on what you think is a secure Web

2   transaction if you're on a public Wi-Fi network like those at a coffee shop, airport or some other

3   location. . . .  Thanks to this flaw, your browser can't verify the authenticity of an encryption

4   certificate, meaning someone could easily be pretending to be your bank's website, your doctor's

5   office site or a credit card application form."[57]

6          68.    The security flaw revealed in iOS 7 was not a one-time occurrence, either.  Media

7   reports, the National Cybersecurity and Communications Integration Center and the U.S. Computer

8   Emergency Readiness Teams have recently warned of a major security flaw in iOS .1.1, 7.1.2, 8.0,

9   8.1 and 8.1 beta[58] and later labeled the flaw "Masque Attack."[59]  Masque Attack refers to "fake apps

10  designed to resemble a legitimate bank or email program could replace genuine apps installed

11  though Apple's App Store and siphon off users' personal information back to hackers without users'

12  knowledge."[60]  The Masque Attack flaw allows "[h]ackers [to] potentially steal login credentials,

13  access sensitive data stored on iOS devices and remotely monitor activity on those devices."[61]  The

14  first Masque Attack was reported to Apple on July 26, 2014 and was made public by researchers at

15  cyber security firm FireEye in November 2014.  According to FireEye, there is a second flaw called

16  "Masque Attack II" – part of which has been fixed in the iOS 8.1.3 security content update issued in

17  February 2015.[62]  Masque Attack II is even more worrisome than the first, because "attackers might

18  be able to conduct masque attack II through an app in the App Store."[63]  Indeed, as of February

---

19

20  [57]     http://bits.blogs.nytimes.com/2014/02/24/apples-serious-security-issue-update-your-iphone-or-ipad-immediately/?_php=true&_type=blogs&_r=0 (last visited April 13, 2015)

21  [58]     https://www.fireeye.com/blog/threat-research/2014/11/masque-attack-all-your-ios-apps-belong-to-us.html (last visited April 14, 2015)

22  [59]     http://www.cnet.com/news/apple-downplays-threat-posed-by-masque-attack-bug/ (last

23  visited April 15, 2015)

    [60]     http://www.cnet.com/news/apple-downplays-threat-posed-by-masque-attack-bug/ (last

24  visited April 14, 2015)

25  [61]     http://www.reuters.com/article/2014/11/13/us-apple-cybersecurity-dhs-idUSKCN0IX29T20141113(last visited April 14, 2015)

26  [62]     http://www.computerweekly.com/news/2240240929/Apples-iOS-still-vulnerable-to-masque-attacks-says-FireEye (last visited April 14, 2015)

27  [63]     http://www.computerweekly.com/news/2240240929/Apples-iOS-still-vulnerable-to-masque-attacks-says-FireEye (last visited April 14, 2015)

28

AMENDED COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT          - 20 -

2015, "28% of devices use iOS version 7 or lower, which are still vulnerable."[64]  Even among users who have downloaded iOS 8, those that have not upgraded to the latest version, iOS 8.1.3 – an estimated 72% of iOS 8-run devices – are still vulnerable as well.

69.     The occurrence of major security flaws that are remedied only by upgrading iOS is a prime example of the lack of real choice Class members faced when deciding whether to upgrade the iOS software on their iPhones.  Even if they had known that upgrading would, or could, cause the Grayed Out Issue, which they did not, they would have been forced to upgrade their iPhones' iOS software regardless, because the update provided necessary protection against hackers and identity thieves.  Thus, Plaintiffs and members of the Class were forced to perform an upgrade that resulted in their iPhones becoming completely obsolete.

70.     Despite having full knowledge of this issue, Apple has refused to provide an adequate remedy, and instead has profited from its scheme.  Indeed, Apple has refused to provide a "fix" for the Grayed Out Issue, has denied Class members the ability to downgrade their software to a previous version and has only provided, as the sole source of recourse for aggrieved Class members, the option to purchase a new or refurbished iPhone for hundreds of dollars.  Essentially, Apple has left members of the Class with no choice but to purchase a new iPhone due to damage caused by an update Defendant released, and distributed, to them on their previously fully functioning iPhones.

**Problems Emerge After iOS 7 Is Downloaded by iPhone Users**

71.     Plaintiff, Mr. Yastrab acquired his 16 GB version iPhone 4s, Serial Number 990-00101148043, on or around April 30, 2012.  On or before April 30th, he visited Apple's website, www.Apple.com, to find out more about the iPhone 4s.  On Apple's website he read various representations made by Apple regarding the iPhone 4s, including general statements regarding:

    a.     the technical specifications of the iPhone 4s, which stated that the iPhone 4s came equipped with Bluetooth wireless technology and Wi-Fi;

    b.     the special features of the iPhone 4s, which included iCloud, FaceTime, Siri and other applications;

---

[64]     http://www.computerweekly.com/news/2240240929/Apples-iOS-still-vulnerable-to-masque-attacks-says-FireEye (last visited April 14, 2015)

c. the iOS 5 software, which the iPhone 4s came equipped with, accompanied by Apple's statements that earlier iPhone generations could upgrade to iOS 5 software, such as "iOS 5 software update. Your iPhone gets better with every iOS update. To get the free iOS update, just connect your iPhone to your Mac or PC, open iTunes, and follow the onscreen instructions. Learn More." *See, e.g.* Exhibit N.

72.    After reading these, and similar other representations, Mr. Yastrab understood at the time of purchasing his iPhone 4s that it was being purchased with the most recent software, iOS 5, and that as new software became available he would have the option to upgrade in order to improve the performance of the device. This belief is what led him to download iOS 7, which subsequently resulted in his iPhone's Wi-Fi and Bluetooth being disabled. He does not recall any representations by Apple suggesting that an upgrade to the iOS on his iPhone 4s could have a negative impact on the functionality of the iPhone's hardware features, including Wi-Fi or Bluetooth features.

73.    In or around October 2013, after his iPhone 4s was used without any issues, an alert from Apple appeared on his iPhone alerting of the availability of the iOS 7 update. The update was promptly downloaded. After the download was complete, the Wi-Fi and Bluetooth connection capabilities on the iPhone were "grayed out" or, in other words, disabled.

74.    Plaintiff John Keller also experienced the Grayed Out Issue. Mr. Keller purchased the iPhone 4s because of its Wi-Fi and smartphone capabilities, and based on Apple's representations about those attributes. After being prompted with an alert by Apple, he upgraded his iPhone's iOS software to iOS 7. Shortly after the upgrade, the Wi-Fi became Grayed Out and unusable. Mr. Keller attempted the recommended trouble shooting methods suggested by Apple on its website, but none of them remedied the problem. He also spoke to an Apple customer service representative, who suggested that he visit an Apple store because his iPhone was no longer under warranty. Mr. Keller then drove approximately fifty miles to his nearest Apple store where an Apple Genius Bar Representative attempted to reset the iPhone, but ultimately told him that the Wi-Fi problem corresponded to the iOS upgrade and that his only option was to purchase a new or refurbished iPhone 4s. He declined to purchase another iPhone 4s because he felt that it would have the Gray Out Issue again after upgrading the software and he did not want an iPhone that could not be upgraded without issue. Mr. Keller wrote a letter to Apple CEO Tim Cook, dated May 31, 2014,

1    explaining his experience and relaying his frustration.  Had Mr. Keller known that the iPhone 4s

2    could have Grayed Out if the iOS software was upgraded he would not have downloaded it.

3    Moreover, had he known that upgrading the iPhone's iOS software could cause the Wi-Fi feature to

4    become unusable, he never would have purchased the iPhone 4s.

5           75.    Plaintiff Arellano purchased an iPhone 4s for both himself and his wife, Edtya

6    Arellano (together, the "Arellanos"), after seeing and hearing various Apple advertisements

7    regarding the features of the device, including TV commercials and the Apple website, both of

8    which represented the iPhone 4s' new features and smartphone capabilities.  The Arellanos both

9    purchased the iPhone 4s because they previously owned other Apple products and found them to be

10   reliable, and because it was a smartphone with camera features, Wi-Fi capability and a multitude of

11   applications.  The Arellanos' iPhone 4s' worked fine, and without any issues, until Mr. Arellano

12   upgraded his iOS software to iOS 7.1.  Immediately, Mr. Arellano's iPhone experienced the Grayed

13   Out Issue.  Mrs. Arellano did not upgrade her iPhone 4s for fear of having her iPhone's Wi-Fi Gray

14   Out as well.  However, because she did not upgrade her iPhone's software to the latest iOS, the

15   device could no longer run several applications.  The Arellanos would not have purchased the

16   iPhone 4s had they known the iOS software could not be upgraded without probable damage to the

17   Wi-Fi features of their iPhones.

18          76.    Plaintiff Shaw purchased an unlocked iPhone 4s on December 28, 2012 for use when

19   she was studying abroad in Paris, France.  She purchased the iPhone specifically because she needed

20   a smartphone with Wi-Fi, as well as a map application for use while she was abroad, and had seen or

21   heard Apple's representations about these attributes.  The iPhone worked without issue until she

22   upgraded her iPhone to iOS 7 and the Wi-Fi and Bluetooth capabilities Grayed Out.   After

23   discussing the issue with an Apple Genius Bar Representative at a store in London, England, she was

24   told she had no other option but to pay for a replacement iPhone.  Had Ms. Shaw known that the iOS

25   upgrade could have adversely affected her iPhone's Wi-Fi and other features, she would not have

26   downloaded it.  Furthermore, she would not have purchased the iPhone 4s had she known that the

27   iOS updates Apple could send to her iPhone would cause the Grayed Out Issue.

28

AMENDED COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT          - 23

1    77.    Plaintiff Cortez purchased an iPhone 4s in mid-2012 from a Sprint store in California.

2    After upgrading to iOS 7, her iPhone experienced the Grayed Out Issue.  Prior to purchasing the

3    iPhone 4s, she viewed iPhone 4s commercials featuring Siri, a new feature on the iPhone 4s

4    smartphone.  She purchased the iPhone 4s because she liked the new features, including iMessage,

5    and because it was a smartphone.  Ms. Cortez attempted to remedy the Grayed Out Issue, and

6    followed troubleshooting instructions she found on the Apple website for the Grayed Out Issue.

7    None of the troubleshooting worked.  She also spoke to an Apple Genius Bar Representative at the

8    Beverly Center Apple Store, who told her that the Grayed Out Issue could not be fixed and that she

9    would need to purchase a new device.  She would not have purchased the iPhone 4s if it did not have

10   Wi-Fi.  She also would not have purchased the device if she had known that upgrading the iOS

11   software could cause the Grayed Out Issue.

12   78.    Plaintiff Williams purchased an iPhone 4s on or about May 7, 2012 and experienced

13   the Grayed Out Issue after upgrading his iPhone 4s' software to iOS 7.1.  Mr. Williams purchased

14   the iPhone 4s specifically because it was a smartphone with Wi-Fi capabilities and based on

15   representations by Apple about those capabilities.  At Mr. Williams place of business, he does not

16   receive cellular/data service and relies entirely on a Wi-Fi connection to be able to receive emails,

17   and other features on his iPhone.  He also travels for work often and requires all of the features of a

18   smartphone so that he does not need to bring a computer when he travels.  In an attempt to remedy

19   the problem, Mr. Williams visited an Apple Store in North Carolina, but was told that his only

20   choice was to purchase an Apple Care package, or a new iPhone, as the manufacturer warranty on

21   his iPhone 4s had expired.  Mr. Williams would not have purchased the iPhone 4s had it not been

22   equipped with Wi-Fi.  He also would not have purchased the iPhone had he known that the device's

23   iOS software upgrades would cause the Grayed Out Issue.

24   79.    Plaintiff Robins purchased two iPhone 4s', one for himself and one for his wife, on or

25   about April 15, 2012.  Each iPhone 4s experienced the Grayed Out Issue after upgrading the devices

26   iOS software to iOS 7.  Mr. Robins, prior to purchasing the iPhones, viewed an Apple commercial

27   featuring the iPhone 4s' new Siri feature, as well as other on features on the device.  He also went

28   online to Apple's webpage and viewed Apple's comparison of iPhone models 3GS, 4 and 4s.  The

comparison included the representation that each model came equipped with Wi-Fi and Bluetooth capabilities.  When the Grayed Out issued occurred, Mr. Robins contacted Apple support, which told him that the devices were out of warranty and the only option was to replace them with new devices at a cost of about $200 each.  After later speaking with a supervisor, Apple agreed to replace one of Mr. Robins iPhones with a refurbished model.  The refurbished device's Wi-Fi Grayed Out once Mr. Robins upgraded the iOS software to iOS 7.1.  Had Mr. Robins known that upgrading the iPhones iOS software could possibly cause the Grayed Out Issue, he would not have purchased them.

80.    The Grayed Out Issue Plaintiffs experienced is not unique and has been experienced by an unknown number of other iPhone 4, 4s and 5 users after they downloaded iOS 7 onto their devices.  The number of impacted consumers, based on online reports, blog entries and message board posts, is reasonably believed to be in the hundreds, if not thousands.  Defendant has received countless comments regarding Wi-Fi and Bluetooth connectivity issues after iOS 7 was downloaded.

81.    In a discussion thread on Apple's support site titled "Wifi greyed out on iphone 4s with ios 7," a sampling of users' posts included the following:

**Haymen**
Sep 22, 2013 5:12 PM
What happened with me is really the same except Wifi was working for almost a day but suddenly both Wifi and Bluetooth has stopped at once please any advice????[65]

**nealfrirl**
Sep 25, 2013 5:03 AM
I have this EXACT problem too.  The Wifi is generally greyed out, then after restarting it about 50 times, updating it 12 time, standing on my head and doing the twist it comes back but only briefly.
I'm spending a fortune on 3G because of it!
My bluetooth is also affected.  HEEEELP![66]

**PetrVIVIVI**
Sep 26, 2013 1:22 PM
Hi.  I have the same problem.  WIFI and bluetooth are grayed out and I can not turn them on.  Hope that this is some software issue.  I dont want to replace any hardware because I am out of warranty.  I have iphone 4S 16GB with IOS7.[67]

**loniep**
Sep 30, 2013 3:48 AM

---

[65]    https://discussions.apple.com/thread/5331834?tstart=0 (last visited April 18, 2014)

[66]    https://discussions.apple.com/thread/5331834?start=15&tstart=0 (last visited April 13, 2015)

[67]    Id.

I've had the same problem since updating to ios7 (greyed out wifi etc.). I've been on Apple chat for over 2 hours and they are not prepared to fix (as out of warranty). I went to my cellular provider (Vodafone) who state that it is a known issue by Apple! They won't fix the phone for free even though it's a result of an ios update! They've told me (on Apple Chat) that the ios update only highlighted the problem - the hardware was 'about' to fail in any case! Not sure how true that is![68]

**iPhoneandy**
Sep 30, 2013 1:17 PM
Same here, it sounds like full BS from apple. WiFi and all functions has been perfectly well and my phone has been gently used generally and for sure from update to iOS7. WiFi started to loose connection to networks and refresh the list all the time then it got greyed out, came back for a short while then permanently beeing greyed out. Freezing the phone to make it work is a clear sign of HW failure. The fact that a lot of people experience the same problem shortly after iOS update on totally different ages of phones is also clearly pointing out iOS bug as the cause. Why does it take different time from update to malfunction, well, circuits are different, usage is different, for example in how warm environment is it used. Was phone used as GPS while charging and lots of apps running in a hot car, the phone most likely was extremly much warmer then a phone used minimally.
APPLE!!! Take care of this! We know you make huge margins and they must be used to sponsor misstakes that are caused by YOUR misstakes. Believe me I know my homework, I'm working in electronics business with embedded development and HW manufacturing and testing.[69]

**Bin Kroon**
Oct 3, 2013 11:12 AM
I am having the exact same problem on my iPhone 4S after installing iOS7. Today I installed iOS7 and since the upgrade the wifi is now greyed out and I can not get it switched on anymore. Tried several restarts, have reset the network settings but all to no avail. However Bluetooth still does work, but the BT sound quality has drastically deteriorated since the upgrade to iOS7 to the extent that people can no longer understand me, making BT no longer usuable. (until this morning the use of Bluetooth was flawless and crystal clear using my Plantronics Voyager headset). So far in this discussion I see no response from Apple in this issue. So it seems we are all out in the dark on possible solutions which only Apple can provide. My iPhone is now a little over a year old and I find it hard to accept that Apple would not assist her customers in solving a problem caused as a result of the iOS7 upgrade. Furthermore I NEED my wifi when travelling abroad and I fly to Asia next week. Without a working iPhone with wifi I can not communicate with my office. So if Apple does not come to the rescue I'll have no choice but to purchase a new phone. And I can assure you, in that case it will most likely not be an iPhone. Therefor my plea here on this Apple website to the Apple support team: Please come to our rescue and assist your customers in finding a solution to this problem!![70]

**Chti59**
Oct 3, 2013 11:38 AM
My iPhone 4S is going in for service tomorrow after having tried all the tricks (except anything involving temperature changes) to no avail. Since updating it to ios

---

[68]     Id.

[69]     Id.

[70]     https://discussions.apple.com/thread/5331834?start=30&tstart=0 (last visited April 13, 2015)

7, the wifi button is greyed out, I have no bluetooth and no reception to the point where the Apple representative I spoke to over the phone asked to ring me back on my home line and added the reception issue to my file.

Thankfully in Europe it's covered for 2 years so barring any unforeseen problems, I should either be getting a fixed phone or a new phone. So disappointed that a company like Apple could make such a huge mistake![71]

**ios7.2**
Oct 4, 2013 9:28 PM
After I upgraded my iphone 4S to IOS 7, the Wifi and bluetooth worked for 2 days and stopped working after that. My wifi is grayed out. I have tried all the tricks nothing is working for me. I went to apple store, the tech after running the diagnosis tells me that he is not able to identify what the issue is... how Sad! unfortunately the phone is not under warrenty. Apple has to acknowledge that this is an IOS 7 issue and release a fix. If not they should recall the defective iphone 4s. Very disappointed with Apple.[72]

**Ezuq**
Nov 17, 2013 11:55 AM
So, this is my situation. My WiFi got greyed out and it didn't take me long to realise that it was a hardware issue. I waited around for 3 weeks trying all sorts of quick fixes. From removing the WiFi chip and heating it, to placing it in a freezer. The freezer solution worked, but for me, it only lasted 5-20 minutes, the my phone would get hot. Seeing there was no solution, I ordered a genuine iPhone 4S Wifi chip. It was only £5 and is cheaper than paying £200 for an iPhone 4S. So after I ordered it, my battery went to around 18% and turned itself off. I thought nothing of it and left it to charge. A couple of seconds later, the apple logo appeared, and the home screen came on.

Then, I looked up at the notification bar and saw my WiFi was on! To see if this was a fluke, I played some of the most graphically intense games I could get from the App Store to get my phone very hot. And guess what? WiFi is still on!! One thing I have noticed is that my phone is much cooler than normal. Anyway, for those who are in a less fortunate situation than myself, replace the WiFi chip. It is easy to do, and is MUCH, MUCH cheaper than getting a new iphone. If anyone wants a link to a video which I used to remove the WiFi chip, message me, and if you want the ebay link to the WiFi module I purchased, also message me.[73]

82.     Another thread on Apple's support site entitled "WIFI disabled – Greyed out since iOS 7 update on iphone 4s" further details consumers' common complaints:

**Tarrantion82**
Sep 23, 2013 3:32 AM
My 4s has had no WIFI issues until i updated to iOS 7. after the update it worked for about 20 hours then disabled. I noticed my wifi was no longer connected, i checked the wifi was on and it was, still unable to connect i restarted the phone and now the

---

[71]     Id.

[72]     https://discussions.apple.com/thread/5331834?start=45&tstart=0 (last visited April 13, 2015)

[73]     https://discussions.apple.com/message/23819352#23819352 (last visited April 13, 2015)

WI-FI button is grey, dim and wont switch on.  However Bluetooth does work fine, so I'm thinking it's not the chip.
network setting reset
factory reset..... itunes crashed while restoring my data so now unable to re-sync my personal data
battery drain
freezer
nothing seems to fix this issue ! after reading forums it seems a similar thing happened when iOS 6.x.x was released, my 4s is out of warranty, apple seem to be taking no responsibility for the issue, clearly caused by the update as had zero issues until that point… which I find "convenient" as it so happens to co-inside with new iphone launches.
Please help anyone in the same boat ?
not a happy camper![74]

**manos_var**
Sep 24, 2013 11:19 AM (in response to Tarrantion82)
I had two iPhone 4s with the same problem, My first phone wifi greyed out after 11 months, so it was under warranty and replaced from Apple.  The replacement's iPhone wifi greyed out too after 32 days and replaced again (replacement Iphone have 3 months under warranty).  Now i have the 3rd iPhone 4s in a year, and hope to be more lucky...[75]

83.     Other internet forums and posts, created to discuss the Grayed Out Issue, read:

**epi231 May 23, 2013 2:50 PM**
Iphone 4S, running iOS 6.1.3
Wifi toggle is greyed out.  Tried rebooting and resetting the network settings in Reset Options but nothing works.  I googled this problem and it seems many Iphone 4s owners are having this issue.  There is also a discussion in the Apple forums regarding this issue.  I would like to know from Verizon what my options are.  From reading the Apple forums it seems its a issue with the product itself and not the user.  You can google it or go on the apple forums and look for yourself.  This is a issue which is no fault of the user.[76]

**tjomro Jun 1, 2013 9:42 AM (in response to epi231)**
I am having this same issue.  My IPad connects fine but like epi231 said - wifi is greyed out (and so is bluetooth on mine)  I have had the phone for 6 months and for about a week this has been an issue.  I am going to stop at a store as you did.  I would really just like it fixed as I have a few apps that I depend on with info in them.  Thanks for your information, wish me luck![77]

**chrispy3093 Sep 25, 2013 11:06 PM**
Wifi Grayed out after ios7 updated among other things.
So everything worked perfectly until I updated to ios7.  Now my wifi will not turn on, or should i say allow me to turn it on.  I have tried everything including a factory reset on my phone and still nothing.  When I say everything, I mean: Network

---

[74]     https://discussions.apple.com/thread/5356193 (last visited April 13, 2015)

[75]     https://discussions.apple.com/thread/5356193?start=15&tstart=0 (last visited April 13, 2015)

[76]     https://community.verizonwireless.com/thread/799058 (last visited April 13, 2015)

[77]     Id.

settings reset, network settings reset with airplane mode on, erased ( ' ) from iphone name, etc.  Pretty much everything I could find on the web relating to the problem I tried.  I have also taken my phone to a Verizon store, where the woman suggested my antenna was toast and i probably needed a new phone... I thought that was pretty cute considering i could still make call's and still use my data on my phone.  I also told her several times that it started only after I had installed the update.  Sorry to sound kind of angry, but i am quite frustrated.  If anyone could help at all that would be much appreciated.[78]

**TonyaS13 Sep 30, 2013 8:46 AM (in response to Verizon Wireless Customer Support)**
I am having the same dilemma.  Not longer after I downloaded iOS7, my WiFi is also became grayed out.  I reset my Network Settings, to no avail.  I then went to Settings > General> Software Update and there is a version 7.0.2 available.  Problem is - I don't have WiFi.  WiFi is required to "Download and Install" the update.  What can be done to retain my WiFi??  I have an iPhone 4S.[79]
MacRock
Member
Group:Members
Posts:87
Joined:04-January 08
Posted 27 October 2013 - 04:16 PM
Has anyone seen this thread: https://discussions....?thread=5328365 My iPhone 4S won't recognize any WiFi (in coffee shops, at my work, at home) now that I have "upgraded" to the latest IOS.  It also won't open anything to type in any passwords when it does see a network.  Why does Apple even release this crap without testing for bugs? This is almost as bad as Lion.  Is there a fix on the horizon.  I now have a fairly useless iPhone and iPad Mini.  I now have to carry my original non-updated iPad to log into WiFi if I go out.  Apple is quickly losing more points with me. Android is looking better all the time.
Is there a known simple fix or are well all (note 600+ complaints to Apple) screwed?[80]

**brettyboo 10/11/13 at 1:59am**
My wife and I both have a 4s.
We both upgraded to iOS 7.0.2.
BOTH NOW FAIL WIFI.
Just random, right? You tell me the odds.[81]

**Xyniss**
10/16/13 at 12:19pm
I have had this iPhone 4S since October 2012.  I bought it with it's original iOS 5 and upgraded to iOS 6 having no problems.  The button for the wifi button didn't grey out until I updated to iOS 7.  This means that this is not a hardware problem, because the phone was perfectly fine with the previous two iOS updates.  Now I

---

[78]    https://community.verizonwireless.com/thread/806529\ (last visited April 13, 2015)

[79]    Id.

[80]    http://forums.macworld.com/index.php?/topic/153502-wifi-doesnt-work-with-ios-7/  (last visited April 18, 2014)

[81]    http://forums.appleinsider.com/t/160054/ios-7-update-brings-more-wi-fi-issues-for-some-iphone-4s-owners/40 (last visited April 13, 2015)

can't even turn my wifi on, having to use my 4G every day even though my home internet is faster I don't have the option to be able to use it.  I hope the next update iOS 7.0.3 would fix this issue, I really hope to stick with the Apple company because I personally love iPhones more than the Samsung Galaxy phones.  Apple please do your best and help us![82]

**MegsMore**
10/17/13 at 11:59am
Well, I guess I'm one of the UNLUCKY ones!  y 4S - only a year and 7 months old, worked great.  Before...the update.  My husband warned me to never update my phone since he has had 2 iPhone's that have had problems after the update, but that stupid little "1" that stays on my phone unless I update gets me every time.  First few days - my phone was fine.  Then, the battery started wearing down.  I read every blog from here to Nigeria to find out how to fix it.  I turned off everything I could.  Then, no wifi.  Completely greyed out.  Again, read every blog, restored to factory settings, lost everything.  Finally, I apple-chatted.  They told me I had to bring it into the Genius bar.  I brought it into the Genius bar in Mission Viejo, CA.  They ran a diagnostic test and the girl told me this:  "I'm sorry.  When you updated your software it seems to have broken the hardware in your phone that runs the wifi.  The only thing I can offer you, since your warranty ran out, is another refurbished phone for $199."  So you want me to pay $199 for a refurbished phone.  When the Apple software that I downloaded (with no discretion that it could ruin my 4S, even though I probably should have already known) broke my hardware.  There you go.  So now, my iPhone has NO apps, I can't check email, I can't play my spotify, iTunes radio, etc.  because they all eat up too much data.  Basically you could give me my old 1996 Nokia phone and I'd be happy.  Apple, I just want to give you the biggest middle finger and CUSS WORDS I possibly can.[83]

84.    A  petition  was  created  on  www.change.org  "[t]o get Apple to replace all units affected negatively by the update of iOS7 or patch an update that will remedy the issues many loyal customers are experiencing." [84]   Comments by those who have signed the petition include:

**David Poyner GLASTONBURY, UNITED KINGDOM**
My iPhone 4S is now virtually useless.  WiFi no longer works and the GUI is horrible.[85]

**Chow-lung Ting SAN DIEGO, CA**
Iphone 4s is a defective product and it needs to be repaired voluntarily and immediately without cost, instead of urging customer to keep updating iOS or luring with newer product line.  I did not do anything to deserve a dyfunct phone.[86]

---

[82]      Id.

[83]      Id.

[84]      https://www.change.org/petitions/apple-to-get-apple-to-replace-all-units-affected-negatively-by-the-update-of-ios7-or-patch-an-update-that-will-remedy-the-issues-many-loyal-customers-are-experiencing?share_id=EWvbUpSNtW&utm_campaign=mailto_link&utm_medium=email&utm_source=share_petition (last visited April 13, 2015)

[85]      Id.

[86]      Id.

**Bo Bennike SHERMAN OAKS, CA**
I am one of the many victims of a know design flaw with regards to the wifi antenna on early iPhone 4s models.  Apple should fix this for free.[87]

**Mina Nabil  GERMANY**
iOS 7 screwed up my iPhone 4S's WiFi[88]

**Greg Welch  KINGWOOD, TX**
My Iphone 4s is pretty much worthless without wifi.  My previous 3 phones had the same problem but were under warranty.  The apple store replaced all three of them and one time the apple employee could not get the new phone to operate in the store.  So he replaced that phone before he could get the next phone's wifi to work.  Unfortunately, the replacement phones only come with a 90 day warranty.  Mine ran out before I had time to return it.  THIS IS WRONG for Apple to be treating their customers in this manner!!![89]

**Timothy Obiso SADDLE BROOK, NJ**
My iPhone 4S had WiFi no problem until i updated to iOS 7.  So far I have had to blowdry my phone 15 times.  The problem is a software problem ad Apple should own up to their mistake and release a patch update that would fix this issue.[90]

85.     On October 10, 2013, Appleinsider.com posted an article titled "iOS 7 update brings more Wi-Fi issues for some iPhone 4s owners."[91]  The article featured users' posts on Apple's customer support site describing the problems they incurred after downloading iOS 7 onto their iPhone 4s' and draws a comparison to what seems to have been a similar problem when iOS 6 was rolled out.  The article stated: "The same issue was reported during last year's rollout of iOS 6, when a 91-page thread — now repurposed for discussing the issue as it relates to iOS 7 — appeared in September.  Many users at that time found the problem could be resolved by downgrading to the previous iOS release, something that is not possible with iOS 7."[92]

86.     Regarding the Grayed Out Issue, NBC Connecticut interviewed Kelly Shermer, an iPhone 4s user who experienced dull battery life and had Wi-Fi disabled after downloading iOS 7.  Shermer explained that she tried to fix the issue by following Apple's suggestions, but to no avail.

---

[87]     Id.

[88]     Id.

[89]     Id.

[90]     Id.

[91]     http://appleinsider.com/articles/13/10/10/ios-7-update-brings-more-wi-fi-issues-for-some-iphone-4s-owners (last visited April 13, 2015)

[92]     Id.

1  Mike Shermer, her husband, took her iPhone 4s to the Apple store where he was told the issue was

2  not iOS, but rather the iPhone 4s's antenna, and that he should replace the phone.[93]  Mike Shermer

3  said: "Why should I have to pay for a phone that's broken, only because I installed software on it?

4  That's Apple software."[94]  Lon Seidman, a tech expert and writer for CTNewsJunkie, who was also

5  interviewed for the news story, advised iPhone 4s users that since "most Wi-Fi and battery issues

6  seem to primarily affect the iPhone 4S, customers with that model who haven't had issues should

7  hold off on updating their phone until a new iOS patch is released."[95]

8          87.     A more recent version of iOS 7, iOS 7.1, was released by Apple on March 10, 2014.[96]

9  According to user posts on Apple's support website, the update did not provide relief from the Wi-Fi

10  and Bluetooth connectivity issues for the iPhones that were Grayed Out after downloading iOS 7.

11          88.     For example, the following were posted under the thread "The iOS 7.1 update doesn't

12  fix the Wifi issue on iPhone 4S!":

13      **hinc94**
        Mar 11, 2014 9:36 AM

14      My wifi greyed out since iOS 7, the hair dryer did fix the problem for a day.  But it
        greyed out again after a day, and now the 7.1 update doesn't fix that ****???

15      iPhone 4S, iOS 7.1[97]

16
        **JG0614**

17      Mar 12, 2014 7:19 AM
        My WiFi worked fine yesterday, prior to the iOS7.1 update.  Immediately after the

18      update, WiFi selection was "greyed-out" and am not able to turn it on to search for
        networks.  How is this a Hardware issue and not directly related to the Software

19      update?  The update is the only thing that changed.  Please explain.[98]

20          89.     Not only did iOS 7.1 fail to fix the Wi-Fi and Bluetooth issues caused by iOS 7.0,

21  some who downloaded iOS 7 and did not experience any Wi-Fi or Bluetooth issues began to

22

23  [93]      http://www.nbcconnecticut.com/investigations/Apple-Releases-New-iOS-Upgrade-Will-it-
        Fix-Customers-Wi-Fi-and-Battery-Problems-233403381.html (last visited April 13, 2015)

24  [94]     Id.

25  [95]     Id.

26  [96]     http://www.usatoday.com/story/tech/2014/03/10/apple-ios-7-update/6260611/ (last visited
        April 13, 2015)

27  [97]     https://discussions.apple.com/message/25133865#25133865 (last visited April 13, 2015)

28  [98]     Id.

experience those issues after downloading iOS 7.1.  The following messages were posted in the thread "IOS 7.1 iphone 4S wifi not available .. help.."

**Ibeezerd**
Mar 13, 2014 1:58 PM
I've done all of the above, reset network and all settings, and nothing at all.  Apple also told me the chip is burnt out because of the update but they want 200 to upgrade the phone.  Uh so if your update caused my chip to die, IT'S YOUR PROBLEM, not mine.  All I can do now is freeze the phone for 15 mins and wifi comes back for an hour, but who the heck wants to do that?  All the while my data plan is suffering big time.  Thanks  Apple.[99]

**Enkarta98**
Mar 14, 2014 1:22 AM
Just want to share my experience with the same issue in hopes of it being recognized and resolved.  Last night, After third restart, wifi was enabled but couldn't locate or connect to my home wifi.  Wifi remained not connected all day.  I plugged in the phone to sync music with iTunes and move some photos to iphoto, and then when I disconnected from the computer..  wifi is grey and again not available.  I tried my standard triple restart and, as I half expected, no luck.  Not for nothing, but wifi worked fine up until the moment the 7.1 update was installed.  So perhaps there is something I am not understanding, but I don't see why a software update would somehow be able to damage the physical wifi chip.  Even if that could be possible, I don't understand why it would be alright for this to be released without a warning to 4s users that the software may damage the physical functions of the device.  Basically, I hope that is not the case and I hope this issue will be addressed.[100]

**ahazen**
Mar 14, 2014 5:49 PM
I have the exact same problem with my iPhone 4s.  As soon as I updated to iOS 7.1 my wifi was slow/on&off and then soon stopped all together.  I've done a restore, elimated almost all apps and reset the settings & several hard restarts.  nothing works.  Heading to the Apple store tomorrow and hopeing to get a reasonable solution.  I'll post an update as to how things go.[101]

**caseyinberlin**
Mar 17, 2014 2:56 PM
I'm in the exact same boat with my 4S.  My wifi has been greyed out from the moment that I upgraded and only sporadically returned for five minutes here and there.  The phone is also super slow and freezes constantly.  I would LOVE to know how many of us are suffering from the same problem.  Apple, if you don't act soon, you are going to really start losing some customers.[102]

---

[99]   https://discussions.apple.com/thread/5984942?start=15&tstart=0 (last visited April 13, 2015)

[100]   Id.

[101]   Id.

[102]   https://discussions.apple.com/thread/5984942?start=30&tstart=0 (last visited April 13, 2015)

90. Users of the iPhone 5, which was released in September 2012 and came with iOS 6,[103] have voiced similar complaints, stating that updating to iOS 7 caused Wi-Fi and Bluetooth connectivity issues:

> **omglpl**
> Re: iphone 5 wont connect to internet while using data or Wifi after iOS 7.0.6 update
> Feb 25, 2014 2:10 PM
>
> Same problem...no wifi connectability on either my ipad mini retina display nor my iPhone 5 after installing 7.0.6 upgrade. This is really unacceptable and Apple needs to fix this right away. It clearly is impacting many, many Apple customers.[104]

> **Frodo711**
> Re: wifi greyed out after update to ios7
> Oct 5, 2013 8:54 PM
> Just to throw a spanner in your summary - I have Iphone 5 doing exactly the same after IOS 7 update[105]

> **twannabe**
> Re: wifi drops out since ios 7
> Oct 3, 2013 5:45 AM
>
> I am having the same issue with my two month old iphone 5 after installing ios 7. I tried all the "fixes" i found online including this one, reset my home router several times, no luck. I went to ATT they sent me to the apple store. It worked fine in the apple store, but won't pickup any other wifi for more than a few seconds. Secondly it can't even see the wifi unless you are within 10 feet of the router. When will Apple address this?[106]

> **Max_R2014**
> Mar 12, 2014 8:18 PM
> I have an iPhone 5 and since upgrading to the new ios7.1, I've been experiencing issues with my wifi connections. It will drop a connection and then won't allow me to enable wifi in my settings. I've rebooted multiple times, but the same issues are occurring. I've also rebooted my wireless router a couple times and it will allow me to connect to my wifi network, but only for a brief time before the same issues reoccur. I didn't experience these issues when I was using ios7.0.6. Please advise.[107]

91. The release of iOS 8 has failed to remedy iPhone 4s users complaints, and has been reported to cause the Grayed Out Issue in iPhones as well. There are multiple threads on Apple's support website devoted solely to users who experienced the Grayed Out Issue after downloading

---

[103] http://www.apple.com/pr/library/2012/09/12Apple-Introduces-iPhone-5.html (last visited April 13, 2015)

[104] https://discussions.apple.com/message/24968728#24968728 (last visited April 13, 2015)

[105] https://discussions.apple.com/message/23129669#23129669 (last visited April 13, 2015)

[106] https://discussions.apple.com/thread/5374440 (last visited April 13, 2015)

[107] https://discussions.apple.com/message/25151269 (last visited April 13, 2015)

iOS 8.  For example, the following complaints appear on a thread entitled "iOS 8.0.2 grayed out wifi on my iPhone 4s":

**beth152**
Oct 1, 2014 11:21 AM
This is ridiculous and I'm so furious.  This incident may deter me from EVER purchasing another product from Apple ever again.  The new software has disabled my wifi completely, and the button is grayed out.  I tried all the possible solutions they pose on the support site, but nothing, of course, was successful.  I know it is a software problem and the fact that I can't talk to anyone on the phone about it is  absolutely ridiculous.  I'm not paying $20 for a software mistake on Apple's part.  If there is anyone who knows how to fix this problem without having to wait for the next update, any help would be greatly appreciated.[108]

**carlinto**
Oct 2, 2014 5:34 PM
Re: iOS 8.0.2 grayed out wifi on my iPhone 4s in response to beth152
same problem here aswell & the funny thing about it is ios8.0 I didn't get to update the phone so when they sent out 8.0.1 , I was home on my day off work I updated the phone and it was still working ,internet/wifi 7 all.  after the 8.01 another update pop up 8.0.2  I set it to update over night woke up sunday  and no wifi, I cant even turn wifi the thing wont even slide to ON it  (greyed out) and I charge my phone at night 100% batt in morning, by 2pm battery life at 8% no apps opened and I only sent 2 txt...I even tried  downgrading to ios 8.0 no go! reinstall ios8.02 still the samething crap.  and ios 7.1.2 & 8.0.1 is nowhere to be found.  whats the use of the iphone without internet when apps,icloud,facetime,etc uses the wifi ?
this is ******** come apple you guy can do BETTER! don't mean to hijack BETH152, but finally realized its my phone but the messed up ios8[109]

**Uranfrajer**
Oct 5, 2014 7:40 AM  Re: iOS 8.0.2 grayed out wifi on my iPhone 4s in response to carlinto
HEy guys I am so furious as well !!!! Completely same thing happened to me as well!!! Tried everything and my wifi is totally gray and cant turned it on !!!  Are they making fun of us or what ? What should I do now???  Its crazy really, so expensive iphone and so ridiculous - you upgrade ios and you are not able to use the wifi.  Crazy world.  going to service guys tomorrow, I am really curious what they are going to do[110]

**kkoemets**
Oct 14, 2014 4:46 AM
Re: iOS 8.0.2 grayed out wifi on my iPhone 4s in response to beth152
Same problem here with 4S and latest iOS8.  Really annoying to have phone without wifi and also Bluetooth not connecting.  Apple, can you fix this?

---

[108]    https://discussions.apple.com/thread/6574268 (last visited April 13, 2015)

[109]    https://discussions.apple.com/thread/6574268 (last visited April 13, 2015)

[110]    https://discussions.apple.com/thread/6574268 (last visited April 13, 2015)

1    **Apple's Response**

2       92.      Apple has had knowledge of the Grayed Out Issue and customers complaints for

3    years.  Recognizing that users have experienced their Wi-Fi settings becoming grayed out or dim,

4    Apple issued instructions on December 9, 2013 with suggestions on how to remedy the problem.

5    Apple stated: "In rare instances, the setting to turn on Wi-Fi on your iPhone, iPad, or iPod touch may

6    appear grayed out or dim.  You may see the following when you tap Settings > Wi-Fi.  If this occurs,

7    you can't turn Wi-Fi on, and when you try to turn Wi-Fi on, your device won't respond.  If you're

8    using iOS 7, Wi-Fi may appear to turn on and off in Control Center, but Wi-Fi won't respond."[111]

9       93.      Apple's "resolution" suggested users try the following to fix the issue: (i) restart the

10   iOS device; (ii) ensure the device is not in airplane mode; (iii) reset the network settings; and (vi)

11   ensure the device has the latest software, *i.e.*, iOS 7.[112]  If these solutions do not fix the issue, Apple

12   advised users to contact Apple for support and service options.[113]  Plaintiffs tried the suggested fixes

13   for the problem and visited Apple stores for assistance, but were ultimately advised that their only

14   option was to purchase a new or refurbished device.

15   **Users are Unable to Downgrade to Previous iOS Versions**

16      94.      Plaintiffs and members of the Class had no issues with their iPhones' Wi-Fi and

17   Bluetooth connection prior to downloading the newest version of iOS and attempted to remedy the

18   Grayed Out Issue without success.  For example, Mr. Yastrab asked Apple representatives to

19   downgrade his phone back to the previous iOS version, in an effort to remedy the Grayed Out Issue.

20   Upon information and belief, many iPhone users that have experienced a deterioration of the

21   functionality of their iPhones have made the same request.  Apple, however, will not downgrade iOS

22   on iPhones.

23

24

25

---

26   [111]      http://support.apple.com/kb/ts1559 (last visited April 13, 2015)

27   [112]      Id.

28   [113]      Id.

95.     Apple, in fact, will not allow users to revert to prior versions of iOS.  Once a new iOS version is released, Apple stops "signing" previous versions with Apple's "signature."[114]   A signature is "cryptographic signature of the files matches a list of approved signatures on Apple's servers."[115]  When new versions of iOS come out, Apple stops signing older versions and without Apple's signature, iOS cannot be installed.

96.     Online comments and complaints concerning the inability or restriction to revert back to a prior iOS include:

**Alamfr**
Dec 27, 2013 6:17 PM
Want to downgrade my iPhone ios 7.0.4 to 6.1.3 can you help me[116]

**stedman1**
Re: Want to downgrade my iPhone in 6.1.3
Dec 27, 2013 6:18 PM (in response to Alamfr)
Sorry, Apple has no approved method to downgrade the version of iOS on your iDevice.  You can voice your displeasure with the iOS by leaving feedback at the appropriate subsection from the link below.
http://www.apple.com/feedback/[117]

**naviprince09**
Feb 27, 2014 8:08 AM
i want to downgrade my ios 7 to ios 6 .... could you please tell me the process[118]

**KiltedTim North-East Ohio**
HT5012 Re: i want to downgrade to ios 6.1.3 in iphone 4
Feb 27, 2014 8:11 AM (in response to naviprince09)
Sorry.  There is no process.  You can't.[119]

**Mohammed 108**
Sep 25, 2013 11:18 AM
Can I downgrade IPhone 4s to 6.1.3[120]

**Axeman1020 New Jersey, USA**

---

[114]     http://readwrite.com/2013/09/24/apple-ios-7-no-downgrade#awesm=~oAtXvAoPucGN5x (last visited April 13, 2015)

[115]     http://www.extremetech.com/computing/167450-downgrading-from-ios-7-to-ios-6-why-apple-wont-let-you (last visited April 13, 2015)

[116]     https://discussions.apple.com/message/24278663#24278663 (last visited April 13, 2015)

[117]     Id.

[118]     https://discussions.apple.com/message/25007292#25007292 (last visited April 13, 2015)

[119]     Id.

[120]     https://discussions.apple.com/thread/5369545 (last visited April 13, 2015)

Re: Can I downgrade from ISO 7 to 6.1.3
Sep 25, 2013 11:19 AM (in response to Mohammed 108)
Apple does not support iOS downgrades.There have been many people encouraging this but you should know that Apple views an attempt to downgrade the iOS as unauthorized tampering and will void the warranty and any future support for that device.
Are you having a specific problem with iOS 7 we can help you with?[121]

**gopalagk**
Nov 7, 2013 9:38 AM
HOW TO DOWNGRADE IOS 7 TO 6[122]

**ChrisJ4203 Illinois, Land of Lincoln**
Re: HOW TO DOWNGRADE IOS 7 TO 6
Nov 7, 2013 9:40 AM (in response to gopalagk)
You don't.  Apple does not support downgrading.[123]

**Preetham777**
Feb 18, 2014 11:12 AM
Hi can anyone please tell me how to restore to ios6 from ios7 in iphone 4...?[124]

**Niel**
Re: How to restore to ios6 from ios7 in iphone 4..?
Feb 18, 2014 11:13 AM (in response to Preetham777)
Downgrading isn't possible.  iTunes won't install iOS versions older than the latest compatible release, and if one's somehow installed anyway, Apple's servers won't activate the device afterwards.[125]

**razmee209 Central Cali**
Re: HOW TO DOWNGRADE IOS 7 TO 6
Nov 7, 2013 11:08 AM (in response to gopalagk)
Restoring your phone won't give you back IOS 6.
As stated already you can't go back to IOS 6.[126]

97.     Because the Wi-Fi and Bluetooth connection capabilities do not perform as advertised or intended once iOS 7 (and later versions) are downloaded onto the iPhones, users are forced to use their Network connection in order to use any features requiring an internet connection.  Not only does this cause unanticipated additional monthly data usage charges from a user's cellular provider,

---

[121]     Id.

[122]     https://discussions.apple.com/message/23701506#23701506 (last visited April 13, 2015)

[123]     Id.

[124]     https://discussions.apple.com/thread/5915376 (last visited April 13, 2015)

[125]     Id.

[126]     Id.

AMENDED COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT          - 38 -

1   but it also leaves Plaintiffs and members of the Class with iPhones of significant reduced value and

2   utility.

3         98.    Having the option to use Wi-Fi instead of a Network connection is material to

4   customers because it allows them to access features on their iPhone 4s devices at significantly less

5   cost than if they could only use a Network connection.  Without the ability to connect to Wi-Fi,

6   many of the applications for which the iPhone 4s can be used, and for which Defendant expressly

7   marketed the iPhone 4s to consumers, such as downloading large files or using Siri, would cause

8   users to significantly exceed the limited of their data plans, resulting in overage charges.  Being able

9   to use Wi-Fi gives users the option to use their data plan to avoid both overage charges and having to

10   purchase more monthly data.

11         99.    Based upon the wide-ranging, debilitating effects of the iOS upgrades, as well as

12   subsequent upgrades, it is reasonable and plausible to infer that Defendant had either actual or

13   constructive knowledge of the iPhones' shortcomings prior to their distribution.  To the detriment of

14   consumers, however, the bulk of Apple's massive marketing and advertising campaign, including its

15   dominant and expansive television advertisements, fail to mention the fact that when the iPhone 4s is

16   updated to the latest iOS, it may lose its ability to connect to Wi-Fi and Bluetooth.

17        100.    The information withheld from Plaintiffs and the other Class members is material and

18   would have been considered by a reasonable person as more detailed herein.

19                              **CLASS ACTION ALLEGATIONS**

20        101.    Plaintiffs bring this action as a class action pursuant to Federal Rules of Civil

21   Procedure 23(a) and 23(b) on behalf of himself and all others similarly situated as members of the

22   following classes:

23             **THE CLASS:** All users of Apple iPhone 4s in the United States who experienced a
          loss of Wi-Fi and/or Bluetooth functionality after downloading the latest version of

24             iOS (the "Class").

25        102.    Subject to additional information obtained through further investigation and

26   discovery, the foregoing definition of the Class may be expanded or narrowed by further

27   amendment.  Specifically excluded from the proposed Class are Defendant and its officers, directors,

28   agents, trustees, parents, children, corporations, trusts, representatives, employees, principals,

1  servants, partners, joint ventures, or entities controlled by Defendant; its heirs, successors, assigns, or

2  other persons or entities related to or affiliated with Defendant; its directors, or any of them; the

3  Judge assigned to this action; and any member of the Judge's immediate family.

4       103.  ***Numerosity***.  The members of the Class are so numerous that their individual joinder

5  is impracticable.  Plaintiffs are informed and believe, and on that basis allege, that the Class contains

6  millions of members.  The precise number of Class members is unknown to Plaintiffs.  The true

7  number of Class members is known by Defendant, however, and, thus, may be notified of the

8  pendency of this action by first class mail, electronic mail, and by published notice.

9       104.  ***Existence and Predominance of Common Questions of Law and Fact.***  Common

10  questions of law and fact exist as to all members of the Class and predominate over any questions

11  affecting only individual Class members.  These common legal and factual questions include, but are

12  not limited to, the following:

13          (a)  Whether the functionality of the iPhone 4, iPhone 4s, and/or iPhone 5 was

14  reduced as a result of updates to iOS;

15          (b)  Whether the Wi-Fi and Bluetooth capabilities work as advertised after the

16  latest iOS is downloaded onto the iPhone 4, iPhone 4s and/or iPhone 5;

17          (c)  Whether Defendant was negligent in the design, manufacturing, and

18  distribution of the iPhone 4, iPhone 4s, iPhone 5;

19          (d)  Whether Defendant violated the California Act;

20          (e)  Whether Defendant violated the UCL;

21          (f)  Whether the iPhone 4, iPhone 4s, and/or iPhone 5 designed, manufactured,

22  marketed, distributed, or sold by Defendant were unfit for their intended purpose and use because of

23  their design;

24          (g)  Whether Defendant breached any warranties in selling the iPhone 4, iPhone 4s

25  and/or iPhone 5;

26          (h)  Whether Defendant intentionally or negligently misrepresented material facts

27  relating to the character and quality of the iPhone 4s and/or iPhone 5;

28

1        (i)      Whether Defendant failed to disclose material facts about the limitations of

2  the performance of the iPhone 4, iPhone 4s and/or iPhone 5's Wi-Fi and Bluetooth connection

3  capabilities after the latest iOS was downloaded onto the device;

4        (j)      Whether Defendant's claims are false, misleading, or reasonably likely to

5  deceive;

6        (k)      Whether Plaintiffs and the other Class members have sustained monetary loss

7  and the proper measure of that loss;

8        (l)      Whether Plaintiffs and the Class are entitled to damages, and what is the

9  proper measure of damages; and

10       (m)     Whether Plaintiffs and the other Class members are entitled to declaratory and

11  injunctive relief.

12       105.   ***Typicality***.  Plaintiffs' claims are typical of the claims of the members of the Class in

13  that Defendant manufactured, marketed, advertised, sold, and warranted the iPhone 4, iPhone 4s

14  and/or iPhone 5, including the product's Wi-Fi and Bluetooth connection capabilities after

15  downloading the latest iOS, to Plaintiffs and all other members of the Class.

16       106.   ***Adequacy of Representation***.  Plaintiffs will fairly and adequately protect the

17  interests of the Class.  Plaintiffs have retained counsel highly experienced in complex consumer

18  class action litigation, and Plaintiffs intend to prosecute this action vigorously.  Plaintiffs have no

19  adverse or antagonistic interests to those of the Class.

20       107.   ***Superiority***.  A class action is superior to all other available means for the fair and

21  efficient adjudication of this controversy.  The damages or other financial detriment suffered by

22  individual Class members is relatively small compared to the burden and expense that would be

23  entailed by individual litigation of their claims against Defendant.  It would thus be virtually

24  impossible for Class members, on an individual basis, to obtain effective redress for the wrongs done

25  to them.  Furthermore, even if Class members could afford such individualized litigation, the court

26  system could not.  Individualized litigation would create the danger of inconsistent or contradictory

27  judgments arising from the same set of facts.  Individualized litigation would also increase the delay

28  and expense to all parties and the court system from the issues raised by this action.  By contrast, the

1 class action device provides the benefits of adjudication of these issues in a single proceeding,

2 economies of scale, and comprehensive supervision by a single court, and presents no unusual

3 management difficulties under the circumstances here.

4     108.    In the alternative, the Class may be also certified because:

5     (a)    the prosecution of separate actions by individual Class members would create

6 a risk of inconsistent or varying adjudication with respect to individual Class members that would

7 establish incompatible standards of conduct for Defendant;

8     (b)    the prosecution of separate actions by individual Class members would create

9 a risk of adjudications with respect to them that would, as a practical matter, be dispositive of the

10 interests of other Class members not parties to the adjudications, or substantially impair or impede

11 their ability to protect their interests; and/or

12     (c)    Defendant has acted or refused to act on grounds generally applicable to the

13 Class thereby making appropriate final declaratory and/or injunctive relief with respect to the

14 members of the Class as a whole.

15     109.    The claims asserted herein are applicable to all consumers throughout the United

16 States who acquired, for use and not resale, the iPhone 4, iPhone 4s and/or the iPhone 5.

17     110.    Adequate notice can be given to Class members directly using information

18 maintained in Defendant's records or through notice by publication.

19     111.    Damages may be calculated from the claims data maintained in Defendant's records,

20 so that the cost of administering a recovery for the Class can be minimized.  However, the precise

21 amount of damages available to Plaintiffs and the other members of the Class is not a barrier to class

22 certification.

### COUNT I

**Violations of the Consumers Legal Remedies Act**
**California Civil Code §1750,** *et seq.*

23

24

25     112.    Plaintiffs reallege and incorporates by reference the previous allegations as if fully set

26 forth herein.

27

28

113.    This cause of action is brought pursuant to the Consumers Legal Remedies Act, California Civil Code §§1750, *et seq.* (the "California Act").  Plaintiffs are consumers as defined by California Civil Code §1761(d).  The product is a good within the meaning of the California Act.

114.    Defendant violated and continues to violate the California Act by engaging in the following practices proscribed by California Civil Code §1770(a) in transactions that were intended to result in, and did result in, the sale of the product:

(a)      Representing that the iPhone 4, iPhone 4s and/or iPhone 5 have characteristics and benefits which they do not have;

(b)      Representing that the iPhone 4, iPhone 4s and/or iPhone 5 are of a particular standard, quality, or grade, which they are not;

(c)      Advertising the iPhone 4, iPhone 4s and/or iPhone 5 with intent not to sell them as advertised; and

(d)      Representing that the iPhone 4, iPhone 4s and/or iPhone 5 has been supplied in accordance with previous representations when they have not.

115.    Defendant knew, or should have known, that its representations and advertisements regarding the iPhone 4s were unsubstantiated, false, and misleading.

116.    Pursuant to California Civil Code §1782(d), Plaintiffs seek a Court order enjoining the above-described wrongful acts and practices of Defendant and for restitution and disgorgement.

117.    Pursuant to §1782 of the California Act, notice to Defendant was satisfied when Plaintiffs sent a notice letter by certified mail to Defendant's CEO, Timothy Cook.

118.    Defendant has failed to rectify or agree to rectify the problems associated with the actions detailed above or give notice to all affected consumers within 30 days of the date of written notice pursuant to §1782 of the California Act.  Plaintiffs hereby provide Defendant with an additional 30 days from the date of this Complaint after which time Plaintiffs will, without further amendment, seek actual, punitive, and statutory damages, as appropriate.  Defendant's conduct is malicious, fraudulent, and wanton, and provides misleading information.

## COUNT II

### Violation of California's Unfair Competition Law
### California Business and Professions Code §17200, *et seq.*

119.  Plaintiffs reallege and incorporates by reference the previous allegations as if fully set forth herein.

120.  The UCL prohibits "any unlawful, unfair or fraudulent business act or practice . . . ." Cal. Bus. & Prof. Code §17200.  There are three prongs of the UCL: acts or business practices that are (1) unlawful; (2) unfair; or (3) fraudulent.

121.  <u>Unlawful Conduct</u>: Defendant violated §17200's prohibition against engaging in unlawful acts and practices by, *inter alia*, engaging in false and misleading advertising and omitting material facts, as set forth more fully herein, violating California Civil Code §1750 and the common law.  Plaintiffs reserve the right to allege other violations of law, which constitute other unlawful business acts or practices.  Such conduct is ongoing and continues to this date.

122.  <u>Unfair Conduct</u>:  Defendant's acts, omissions, misrepresentations, practices, and non-disclosures alleged herein also constitute "unfair" business acts and practices, within the meaning of the UCL, in that its conduct is substantially injurious to consumers, offends public policy, and is immoral, unethical, oppressive, and unscrupulous as the gravity of the conduct outweighs any alleged benefits attributable to such conduct.  Specifically, any utility gained by upgrading the iOS software of the iPhones was outweighed by the significant diminution of functionality that occurred as a result of harm to the iPhones' hardware from the upgrade.  Defendant's business practices are unfair in that Defendant has refused to take responsibility for the direct damage suffered by Plaintiffs as a result of upgrading their iPhones iOS software, or provide any remedy for their injurious conduct other than to offer Plaintiffs and members of the Class a refurbished and fully functional version of the same iPhone at a cost of $199 or the option to purchase a new iPhone at full price.

123.  <u>Fraudulent Conduct</u>: Defendant's business practices, as set forth herein, constitute fraudulent conduct under the UCL because they were likely to deceive, and did deceive, Class members into believing that the iPhones' included Wi-Fi and Bluetooth features and were able to upgrade to future versions of iOS without adverse effects.  Plaintiffs saw, read and heard statements

1   by Apple regarding the iPhones being "smartphones" that came equipped with Wi-Fi and Bluetooth

2   capabilities prior to purchasing their devices.  Plaintiffs were also aware of Apple's systemic practice

3   of releasing updates to the iPhones' iOS software since the first iPhone, and read certain

4   representations (described above) by Apple, all of which communicated the message that iOS

5   updates would improve their iPhones and did not alert users to any potential adverse effects of

6   updating.  Plaintiffs had no reason to suspect or believe that updating the iOS software on their

7   iPhones would cause any negative effects, including the Grayed out Issue, at the time of purchase.

8   Indeed, Apple's advertising led Plaintiffs to believe the exact opposite – that updating their iPhones

9   would bring only positive benefits, such as new features, big fixes and increased security measures,

10  to their devices.

11          124.    Defendant's advertisements were false, misleading and deceptive as they induced

12  Plaintiffs and members of the Class to purchase iPhones that they believed were smartphones,

13  equipped with Wi-Fi and Bluetooth capabilities, and software that would be released by Apple

14  throughout the life of the iPhone to increase the iPhones' functionality.  In reliance on these, and

15  other representations made by Apple in conjunction with the iOS update, *see* ¶¶71, 74, 75, 76, 77, 78

16  and 79, Plaintiffs upgraded their iOS software which resulted in reduced functionality of the

17  iPhones, including the Grayed Out Issue.  Because Wi-Fi and Bluetooth are core functions of the

18  iPhones, and Apple has refused to remedy the issue, Plaintiff and members of the Class were left

19  with no choice but to purchase new iPhones or smartphones from other companies.

20          125.    Prior to installing the most recent iOS, Plaintiffs used and relied on their ability to use

21  Wi-Fi on their iPhone 4s'.  Had Plaintiffs known that the iPhones could not be updated without the

22  risk of causing the Grayed Out Issue, they would not have purchased the iPhone 4s, or would not

23  have upgraded the iOS software, to the extent they could avoid doing so.

24          126.    Defendant continues to violate the UCL to this day.  Plaintiffs and members of the

25  Class have suffered substantial injury in fact, money or property as a result of Defendant's unfair and

26  deceptive practices.  Plaintiffs injuries include, but are not limited to, the loss in diminution of value

27  of their personal property and expenses associated with replacing or repairing their iPhone 4s

28  devices.

127.    Defendant's conduct caused and continues to cause substantial injury to Plaintiffs and the other Class members.  Plaintiffs have suffered injury in fact and has lost money as a result of Defendant's unfair conduct.

128.    Defendant has thus engaged in unlawful, unfair, and fraudulent business acts and practices in false advertising, entitling Plaintiffs and the other Class members to judgment and equitable relief against Defendant as set forth in the Prayer for Relief.

129.    Additionally, pursuant to California Business & Professions Code §17203, Plaintiffs seek an order requiring Defendant to immediately cease such acts of unlawful, unfair, and fraudulent business practices and requiring Defendant to engage in a corrective advertising campaign.

**COUNT III**

**Breach of Express Warranty**

130.    Plaintiffs reallege and incorporates by reference the previous allegations as if fully set forth herein.

131.    Plaintiffs, and each member of the Class, formed a contract with Defendant at the time Plaintiffs and the other Class members acquired Defendant's iPhone 4, iPhone 4s and/or iPhone 5.  The terms of the contract include the promises and affirmations of fact made by Defendant on its website and through its marketing and advertising campaign that the iPhone 4, iPhone 4s and/or iPhone 5's Wi-Fi and Bluetooth connection performs as advertised, even after updating the latest iOS, as described above.

132.    This marketing and advertising constitutes express warranties, became part of the basis of the bargain, and is part of a standardized contract between Plaintiffs and the members of the Class on the one hand and Defendant on the other.

133.    Plaintiffs reasonably relied upon such the promises and affirmations of fact contained in Apple's marketing campaign.

134.    Defendant breached the terms of this contract, including the express warranties, with Plaintiffs and the Class by not providing the products as advertised and described above.

135.    As a result of Defendant's breach of its contract and warranties, Plaintiffs and the Class have been damaged in the amount of the purchase price of Defendant's product.

136.   All conditions precedent to Defendant's liability under this express contract, including notice, have been performed by Plaintiffs and the Class.

## COUNT IV

## Intentional Misrepresentation

137.   Plaintiffs reallege and incorporates by reference the previous allegations as if fully set forth herein.

138.   At all relevant times, Defendant was engaged in the business of designing, manufacturing, marketing, distributing or selling the iPhone 4, iPhone 4s and/or iPhone 5.

139.   Defendant, acting through its officers, agent, servants, representatives, or employees, delivered the iPhone 4s to its own retail stores, distributors, and various other distribution channels.

140.   Defendant willfully, falsely, and knowingly misrepresented various material facts regarding the quality and character of the iPhone 4, iPhone 4s and/or iPhone 5's ability to connect to Wi-Fi and Bluetooth after updating the latest iOS.  These misrepresentations are contained in various advertising and marketing disseminated or caused to be disseminated by Defendant, and such misrepresentations were further reiterated and disseminated by Defendant's officers, agents, representatives, servants, or employees acting within the scope of their authority, so employed by Defendant to merchandise and market the iPhone 4s.  Specifically, Defendant promoted and marketed the iPhone 4s's ability to download future versions of iOS, and thereafter use all of its new features, without adverse effects to the iPhone 4, iPhone 4s and/or iPhone 5 Wi-Fi and Bluetooth connection capabilities.

141.   Defendant's representations were made with the intent that the general public, including Plaintiffs and the other Class members, rely upon them.  Defendant's representations were made with knowledge of the falsity of such statements, or in reckless disregard of the truth thereof.  If Plaintiffs and the Class had been aware of these suppressed facts, Plaintiffs and the Class would not have acquired the iPhone 4, iPhone 4s and/or iPhone 5 at the price sold by Defendant.  In reliance upon these misrepresentations, Plaintiffs acquired the iPhone 4, iPhone 4s and/or iPhone 5 for the use of apps and other features which require a Network or Wi-Fi connection, and its ability to update to future iOS versions at no additional cost, as advertised by Defendant.

1    142.    Upon information and belief, Plaintiffs and the Class allege that Defendant

2    misrepresented material facts with the intent to defraud Plaintiffs and the Class.  The information

3    withheld from Plaintiffs and the other Class members is material and would have been considered by

4    a reasonable person, as are the misrepresentations regarding the ability to download future versions

5    of iOS without adverse effects to the iPhone 4, iPhone 4s and/or iPhone 5's Wi-Fi and Bluetooth

6    capabilities.  In addition, Plaintiffs and other Class members were unaware that after downloading

7    the most recent iOS they would only be able to use features and apps requiring internet via a

8    Network connection, which uses up data on users data plans and can result in overage charges.

9    143.    Plaintiffs acquired the iPhone 4s under the impression that the iPhone 4, iPhone 4s

10   and/or iPhone 5's Wi-Fi and Bluetooth connectivity functions as advertised after updating iOS, the

11   direct and proximate results of which were injury and harm to Plaintiffs and the Class.

12                              **COUNT V**

13                       **Negligent Misrepresentation**

14   144.    Plaintiffs reallege and incorporate by reference the previous allegations as if fully set

15   forth herein.

16   145.    Defendant negligently and recklessly misrepresented certain material facts regarding

17   the quality and character of the iPhone 4, iPhone 4s and/or iPhone 5's Bluetooth and Wi-Fi

18   capabilities once the latest iOS was downloaded, under circumstances where Defendant either knew

19   or reasonably should have known that the representations were not true.  These misrepresentations

20   were contained in various advertising and marketing from Defendant, and such misrepresentations

21   were further reiterated and disseminated by the officers, agents, representatives, servants, or

22   employees of Defendant acting within the scope of their authority.

23   146.    The information withheld from Plaintiffs and the other Class members is material and

24   would have been considered by a reasonable person, as are the misrepresentations regarding the Wi-

25   Fi connection capabilities, the availability of a large library of apps, and the FaceTime feature's

26   functionality, all as more detailed herein.

27   147.    Plaintiffs acquired the iPhone 4s  under the impression that the iPhone 4, iPhone 4s

28   and/or iPhone 5's Wi-Fi and Bluetooth connectivity functions as advertised even after downloading

1  the latest iOS, the direct and proximate results of which were injury and harm to Plaintiffs and the

2  Class.

### PRAYER FOR RELIEF

4       WHEREFORE, Plaintiffs, on behalf of themselves and all others similarly situated, pray for

5  relief and judgment against Defendant as follows:

6       A.     Certification of this action as a class action, appointment of Plaintiffs as a Class

7  representatives, and appointment of the undersigned counsel as Class counsel;

8       B.     An order declaring the actions complained of herein to be in violation of the statutory

9  laws set forth above, including a preliminary injunction enjoining Defendant from further acts in

10  violation of the California Act and the UCL, pending the outcome of this action;

11       C.     An order enjoining and restraining Defendant from any further acts in violation of the

12  California Act and the UCL, as set forth above;

13       D.     An award of compensatory damages, statutory damages, restitution, and all other

14  forms of monetary and non-monetary relief recoverable under California law;

15       E.     An award of pre-judgment and post-judgment interest;

16       F.     An award of injunctive relief;

17       G.     An award of costs, including, but not limited to, discretionary costs, attorneys' fees,

18  and expenses incurred in prosecuting this case; and

19       H.     Granting such other and further relief as the Court deems just and proper.

### JURY DEMAND

21       Plaintiffs hereby demand a jury trial on all issues so triable.

22  DATED:  May 8, 2015          ROBBINS GELLER RUDMAN
                              & DOWD LLP

23                           SHAWN A. WILLIAMS

25                              s/ Shawn A. Williams

26                             SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
MARK S. REICH
AVITAL O. MALINA
LAUREN E. KARALIS
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mreich@rgrdlaw.com
amalina@rgrdlaw.com
lkaralis@rgrdlaw.com

*Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 8, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 8, 2015.

s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
   & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

AMENDED COMPLAINT FOR VIOLATIONS OF THE CONSUMERS LEGAL REMEDIES ACT

# Mailing Information for a Case 5:14-cv-01974-EJD Yastrab v. Apple Inc.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kai Shields Bartolomeo**
  kbartolomeo@mofo.com

- **Lauren Elizabeth Karalis**
  lkaralis@rgrdlaw.com

- **Avital Orly Malina**
  amalina@rgrdlaw.com

- **Mark S. Reich**
  mreich@rgrdlaw.com

- **Samuel H. Rudman**
  srudman@csgrr.com

- **David Michael Walsh , Esq**
  dwalsh@mofo.com,kbartolomeo@mofo.com,docket-la@mofo.com,asevell@mofo.com,setheredge@mofo.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Adam                    Matthew Sevell
Morrison & Foerster
707 Wilshire Boulevard
Los Angeles, CA 90071-3543
```